IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule Civil Procedure 6(b) of the Local Rules for the District of Connecticut and the Court's Scheduling Order dated April 17, 2003, the plaintiff, DIRECTV, Inc., respectfully moves for an enlargement of time of sixty (60) days for the completion of discovery and the corresponding filings of the defendant's motion for summary judgment and the plaintiff's objection to same. Good cause exists for the granting of this motion because due to circumstances beyond the plaintiff's control the deposition of the defendant, Mike Caron, could not go forward in October as originally planned during the conference call with the Court on October 8, 2003. Accordingly, the parties are selecting a mutually convenient date for the deposition to proceed in November.