UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, Inc, | ) | |
| Plaintiff, | ) | CIVIL ACTION 3:03CV0007-RNC |
| v. | ) | |
| , | ) | |
| MIKE CARON et al., | ) | |
| Defendants | ) | |

**AFFIDAVIT OF MIKE CARON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Mike Caron, hereby depose and state on oath:

1. My name is Mike Caron. I am a defendant in this action. I make this affidavit on personal knowledge.

2. Sometime in 1999, I purchased a small wall safe at a tag sale in North Branford, Connecticut. This safe was about 12" high and about 16" wide, and was designed to fit in the space between two wall studs.

3. The safe was designed to be opened with a "smart card." A "smart card" is simply a plastic card, usually the size of a credit card, which contains a small chip which can be programmed with information and read by a card "reader." I am somewhat familiar with smart cards from my employment. Since 1991 I have worked as a respiratory therapist. Certain equipment which is typically used in my field employ smart card technology. For example, children who are at risk for SIDS (sudden infant death syndrome) can be

hooked up to monitors to alert the family to an emergency; these monitors have smart cards that record vital signs, whether the family is using the monitor properly, and other information. Also, CPAP (continuous positive airway pressure) machines have a smart card which records patient information; the information can then be read or downloaded at the hospital or doctor's office to see how well the patient is responding.

4. The safe I purchased at the tag sale came with a "smart card," a "smart card" programmer, and software. The safe was used and I was told it might not work properly, but the price was right, so I bought it thinking I could probably get it to work.

5. After taking the safe home I determined that it could lock, but it did not accept the card and therefore would not open. I tried contacting the manufacturer listed on the "smart card," but could not locate it. I therefore did an on-line computer search for "smart cards" and quickly found numerous websites devoted to "smart card" technology and equipment. Many of these websites offered smart card programmers for sale. I identified what seemed to be the lowest-price site, and sent an e-mail inquiring which programmer I should order given my needs (i.e., getting the wall safe to work) and how it would work. I received a response, and based on that exchange of e-mails I ordered a programmer, as well as an unlooper. The site indicated to me that the unlooper would be helpful if the problem with the "smart card" was a short circuit.

6. After receiving the items I tried re-programming the smart card, but was still not successful in getting it to open the safe. I then tried using a different smart card, which a co-worker suggested I try (this card had the words "Dish Network" printed on it). This card did not work either. I then sent an e-mail to the company which sold me the items requesting a refund, but was informed they did not accept returns. I then abandoned the

project and threw out the safe, the programmer, and the unlooper. To the best of my knowledge, these items were discarded no later than February, 2001.

7. I have twice been a subscriber to DirecTV. The first subscription began sometime in 1998. Even though we were cable subscribers at the time, I ordered DirecTV in order to get a special football "package." However, once the football season ended it no longer made sense to continue to receive DirecTV, and so I discontinued it sometime in 1999. At that time I threw out the DirecTV satellite dish because it was in bad shape and not worth saving (e.g., it was covered with roofing cement). Then, around Christmas, 2001, I bought a new dish, installed it myself, and activated DirecTV service in or around January, 2002. I was facing knee surgery in April, 2002 and wanted to have a wider range of viewing choices while I was recovering at home. I have been a DirecTV customer continuously since then.

8. I have never intercepted, received, or exhibited, or attempted to intercept, receive, or exhibit, any satellite signal without being authorized to do so. I never assisted any other person or entity in intercepting or attempting to intercept any satellite signal without authorization, or procured any other person or entity to do so. I never knowingly manufactured, assembled, or modified any unlawful or "pirate device." I never used the programmer or unlooper on any DirecTV access card or in connection with any DirecTV equipment or system (in fact, until being accused of satellite theft by DirecTV, I did not know that DirecTV access cards could be re-programmed to illegally intercept a signal). Finally, during the entire time I had possession of the programmer and unlooper I was not capable of receiving DirecTV's signal since I did not own, possess, or have access to a satellite dish.

I hereby state on oath that the foregoing statements are true and correct to the best of my knowledge and belief.

_____
Mike Caron

STATE OF CONNECTICUT

County of Hartford           ss: Cromwell

Then personally appeared before me Mike Caron and made oath that the matters contained in the foregoing affidavit are true and correct and that he signed same as his free act and deed.

_____
Notary Public
M.C.E.

Dated: January 20, 2004

MARCIA L. BRAINERD
*NOTARY PUBLIC*
STATE OF CONNECTICUT
My Commission Expires 10/31/2007