FILED

2004 MAR -1  P 4: 55

US DISTRICT COURT
HARTFORD CT

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules for the District of Connecticut the plaintiff, DIRECTV, Inc., respectfully moves for an extension of time of three (3) days, until March 4, 2004, for the completion of its response to the defendant's Motion for Summary Judgment, dated January 26, 2004. Good cause exists for the granting of this motion because despite the plaintiff's diligent efforts to complete its motion in opposition to the defendant's Motion for Summary Judgment by the end of February in accordance with the Court's revised Scheduling Order dated November 5, 2003, it has been unable to do so.[1]

---

[1] Pursuant to the Court's Scheduling Order dated November 5, 2003, the plaintiff's motion for summary judgment was due by the end of January and the defendant's opposition was due by the end of February. See Attachment A.

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

This is the plaintiff's first request for an extension of time filed by the plaintiff in connection with the defendant's Motion for Summary Judgment following the entry of the Court's Scheduling Order dated November 5, 2003. Although the plaintiff through counsel, has attempted to contact counsel for the defendant to determine whether the defendant is amenable to the plaintiff's motion, the defendant's counsel is out of the state until Thursday, March 4, 2004. Accordingly, despite diligent effort, counsel for the plaintiff has been unable to ascertain opposing counsel's position.

WHEREFORE, the plaintiff, DIRECTV, Inc., moves that its motion be granted.

Dated this 1st day of March, 2004.

> Respectfully Submitted,
> PLAINTIFF,
>
> By_____
> Matthew D. Gordon
> SKELLEY ROTTNER P.C.
> 433 S. Main Street, Suite 305
> West Hartford, CT 06110
> Tel. 860-561-7077
> Fax 860-561-7088
> Fed. Bar. No. ct02355

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record and pro se parties on March 1, 2004:

Kenneth D. Quat, Esq.
132 Great Road, Suite 200
Stow, MA 01775
*978-369-0848*
*978-371-2296 (fax)*
*kquat@rcn.com*
*For defendant, Mike Caron*

Stephen R. Ketaineck, Esq.
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
*203-932-2225*
*203-934-4834 (fax)*

SR/217502

Matthew D. Gordon

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

**ATTACHMENT A**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule Civil Procedure 6(b) of the Local Rules for the District of Connecticut and the Court's Scheduling Order dated April 17, 2003, the plaintiff, DIRECTV, Inc., respectfully moves for an enlargement of time of sixty (60) days for the completion of discovery and the corresponding filings of the defendant's motion for summary judgment and the plaintiff's objection to same. Good cause exists for the granting of this motion because due to circumstances beyond the plaintiff's control the deposition of the defendant, Mike Caron, could not go forward in October as originally planned during the conference call with the Court on October 8, 2003. Accordingly, the parties are selecting a mutually convenient date for the deposition to proceed in November.

Counsel for the defendant consents to the granting of this motion and the revising of the Court's Scheduling Order as follows:

1. Mike Caron's deposition to be completed by the end of December, 2003;

2. Defendant's motion for summary judgment to be filed by the end of January, 2004;

3. Plaintiff's objection to the defendant's motion for summary judgment to be filed by the end of February, 2004;

4. Plaintiff and defendant's Joint Trial Memorandum to be filed by March 15, 2004;

5. Case to be placed on the Trial Ready List for April 2004.

WHEREFORE, the plaintiff, DIRECTV, Inc., moves that its motion be granted.

DATED this 30th day of October, 2003.

Respectfully Submitted,
PLAINTIFF,

By _____
Matthew D. Gordon
SKELLEY ROTTNER P.C.
433 S. Main Street, Suite 305
West Hartford, CT 06110
Tel. 860-561-7077
Fax 860-561-7088
Fed. Bar. No. ct02355

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record and pro se parties on October 30, 2003:

Kenneth D. Quat, Esq.
132 Great Road, Suite 200
Stow, MA 01775
978-823-0620
978-823-0621 (fax)
*For defendant, Mike Caron*

Stephen R. Ketaineck, Esq.
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
203-932-2225
203-934-4834 (fax)

_____
Matthew D. Gordon

SR/212691