FILED

2004 MAR -1  P 4: 55

U.S. DISTRICT COURT
HARTFORD CT

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE IASEVOLI, MICHAEL MASTRO, Jr., HECTOR MONTALVO and GEORGE MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules for the District of Connecticut the plaintiff, DIRECTV, Inc., respectfully moves for an extension of time of three (3) days, until March 4, 2004, for the completion of its response to the defendant's Motion for Summary Judgment, dated January 26, 2004. Good cause exists for the granting of this motion because despite the plaintiff's diligent efforts to complete its motion in opposition to the defendant's Motion for Summary Judgment by the end of February in accordance with the Court's revised Scheduling Order dated November 5, 2003, it has been unable to do so.[1]

---

[1] Pursuant to the Court's Scheduling Order dated November 5, 2003, the plaintiff's motion for summary judgment was due by the end of January and the defendant's opposition was due by the end of February. See Attachment A.

March 4, 2004. Granted. So ordered. Robert N. Chatigny, U.S.D.J.

FILED 2004 MAR -4 P 2:18 U.S. DISTRICT COURT HARTFORD, CT.

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693