UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -9  A 10: 37
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| DIRECTV, Inc, | ) |
| Plaintiff, | ) CIVIL ACTION 3:03CV007-RNC |
| v. | ) |
| , | ) |
| MIKE CARON et al., | ) |
| Defendant | ) |

### MIKE CARON'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant Mike Caron hereby opposes plaintiff's motion for extension of time to file its response to his motion for summary judgment.

As grounds, defendant states: (1) a court order issued that any opposition be filed by February 18, 2004, yet plaintiff did not move until March 1, 2004 for an extension of time; (2) plaintiff's prior motion to extend time, allowed on November 5, 2003, was at best ambiguous as to the deadline for plaintiff's opposition, and in any event did not excuse a delay past February 27 for filing a further motion, especially in view of the aforementioned court order; (3) plaintiff has not supplied any facts or circumstances to the Court to justify its delay in making its request or, furthermore, to explain why it could not respond within the original time frame.[1] Such an obvious disregard for the rules of court should not be countenanced.

---

[1] Plaintiff simply asserts in conclusory fashion that it was "unable to do so."

Accordingly, defendant respectfully requests that plaintiff's motion be denied.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Conn. Fed. Bar Number: 24512

Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Matthew D. Gordon, Esquire, Skelly Rottner P.C., 433 S. Main St., Suite 305, W. Hartford, CT 06110.

_____

Dated: 3/6/04