UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 11 P 12: 12
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRECTV, Inc, <br><br> Plaintiff, <br><br> v. <br><br> , <br><br> MIKE CARON et al., <br> Defendant | ) <br> ) <br> ) CIVIL ACTION 3:03CV007-RNC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION OF MIKE CARON FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rule 7(b), efendant Mike Caron hereby moves for an extension of time to March 19, 2004 to file a reply brief in response to plaintiff's opposition to defendant's motion for summary judgment. As grounds, defendant states that said additional time is necessary in view of the fact that plaintiff's opposition was mailed to an incorrect address, as well as other commitments of counsel.

Plaintiff's counsel has agreed to the relief requested herein.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Conn. Fed. Bar Number: 24512

Connecticut address pursuant to Local Rule 83.1(c):

>Mirto, Ketaineck, Barrett & DiCrosta, P.C.
>P.O. Box 428
>West Haven CT 06516

Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Matthew D. Gordon, Esquire, Skelly Rottner P.C., 433 S. Main St., Suite 305, W. Hartford CT 06110.

Dated: 3/9/04