03CV7 memopp

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -9 A 10: 37

U.S. DISTRICT COURT
HARTFORD, CT

DIRECTV, Inc,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )    CIVIL ACTION 3:03CV007-RNC
                                       )
            ,                          )
                                       )
MIKE CARON et al.,                     )
            Defendant                  )
_____    )

Robert N. Chatigny / U.S.D.J.

March 11, 2004. Denied as moot. No motion for a further extension of time has been filed by plaintiff. The extended deadline for plaintiff's filing of its opposition having expired, the motion will be decided in accordance with Local Rules 7(a) and 56(a)(1). So ordered.

### MIKE CARON'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant Mike Caron hereby opposes plaintiff's motion for extension of time to file its response to his motion for summary judgment.

As grounds, defendant states: (1) a court order issued that any opposition be filed by February 18, 2004, yet plaintiff did not move until March 1, 2004 for an extension of time; (2) plaintiff's prior motion to extend time, allowed on November 5, 2003, was at best ambiguous as to the deadline for plaintiff's opposition, and in any event did not excuse a delay past February 27 for filing a further motion, especially in view of the aforementioned court order; (3) plaintiff has not supplied any facts or circumstances to the Court to justify its delay in making its request or, furthermore, to explain why it could not respond within the original time frame.[1]  Such an obvious disregard for the rules of court should not be countenanced.

FILED

2004 MAR

U.S. DISTRICT COURT
HARTFORD, CT.

_____

[1] Plaintiff simply asserts in conclusory fashion that it was "unable to do so."