#42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 11 P 12:12
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRECTV, Inc, | ) |
| Plaintiff, | ) CIVIL ACTION 3:03CV007-RNC |
| v. | ) |
| MIKE CARON et al., | ) |
| Defendant | ) |

FILED
2004 MAR 15 A 21
U.S. DISTRICT COURT
HARTFORD, CT

### MOTION OF MIKE CARON FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Local Rule 7(b), efendant Mike Caron hereby moves for an extension of time to March 19, 2004 to file a reply brief in response to plaintiff's opposition to defendant's motion for summary judgment. As grounds, defendant states that said additional time is necessary in view of the fact that plaintiff's opposition was mailed to an incorrect address, as well as other commitments of counsel.

Plaintiff's counsel has agreed to the relief requested herein.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Conn. Fed. Bar Number 24512

3/12/04 denied as moot. [signature]