UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 18  A 11: 20

U.S. DISTRICT COURT
HARTFORD

| | |
|---|---|
| DIRECTV, Inc, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION 3:03CV0007RNC |
| ) | |
| v. ) | |
| ) | |
| , ) | |
| ) | |
| MIKE CARON et al., ) | |
| Defendant ) | |

## RENEWED MOTION OF MIKE CARON FOR EXTENSION OF TIME TO FILE REPLY BRIEF
(Assented To)

Pursuant to Local Rule 7(b), defendant Mike Caron hereby moves for an extension of time to March 19, 2004 to file a reply brief in response to plaintiff's opposition to defendant's motion for summary judgment. As grounds, defendant relies on the averments set forth in his original motion. Defendant further states that the Court's denial of his original motion as "moot" appears to have been in error, as plaintiff's opposition to defendant's summary judgment motion was filed with the Court on March 4, defendant's reply brief would normally have been due on March 14, and defendant filed his original motion to extend time before the expiration of that deadline on March 11, 2004.[1]

---

[1] The Court may have confused the instant motion with plaintiff's motion to extend the time for filing its opposition, and defendant's opposition to said motion.

Plaintiff's counsel has agreed to the relief requested herein. Defendant's reply brief is filed herewith.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Conn. Fed. Bar Number: 24512


Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516


Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Matthew D. Gordon, Esquire, Skelly Rottner P.C., 433 S. Main St., Suite 305, W. Hartford CT 06110.

_____

Dated: 3/17/04