UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 18  P 12: 20

U.S. DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| DIRECTV, Inc, | ) |
| Plaintiff, | ) CIVIL ACTION 3:03CV0007-RNC |
| v. | ) |
| MIKE CARON et al., | ) |
| Defendant | ) |

### MOTION OF MIKE CARON TO STRIKE EXHIBIT "A" TO AFFIDAVIT OF SCOTT MADVIG

COMES NOW Mike Caron, defendant in this action, and moves that Exhibit to the affidavit of Scott Madvig submitted by plaintiff in opposition to defendant's motion for summary judgment be stricken and/or excluded from consideration in connection with said motion.

### Argument

### THE EXHIBIT MUST BE STRICKEN BECAUSE IT IS HEARSAY AND NOT PROPERLY AUTHENTICATED.

Exhibit A to the Affidavit of Scott Madvig purports to be a "Packing Slip" from a company called "DSS-Stuff.Com." Plaintiff attempts to have the exhibit considered by the Court on the basis of Madvig's affidavit alone. However, there is nothing in

**ORAL ARGUMENT REQUESTED**

Madvig's affidavit which indicates that Madvig holds, or ever held, any position with "DSS-Stuff.Com," or indeed ever had anything to do with "DSS-Stuff.Com. Indeed, to the contrary, Madvig attests that he is the "custodian of record" for a completely different entity known as "Fulfillment Plus." Moreover, there is nothing in the affidavit which indicates affirmatively that there was, or is, any connection between DSS-Stuff.Com and Fulfillment Plus, or the nature of any such connection, or the circumstances under which "Fulfillment Plus" may have acquired the document. Thus, it is absurd for plaintiff to even suggest that the document fits within the business record exception to the hearsay rule (Fed.R.Evid. 803(6)) or that Madvig is "qualified" to authenticate the document. Fed.R.Evid. 902((11). In sum, the affidavit utterly fails to provide a basis for finding that Madvig is "competent to testify to the matters stated therein" as required by Fed.R.Civ.P. 56(e). The exhibit must therefore be excluded by the Court.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Conn. Fed. Bar Number: 24512


Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

2

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Matthew D. Gordon, Esq., Skelley Rottner P.C., P.O. Box 340890, Hartford CT 06134-0890.

Dated: 3/17/04