*8 scv Trenewed mxt*

#46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 18  A 11: 20

U.S. DISTRICT COURT

DIRECTV, Inc,                    )
                                 )
        Plaintiff,               )    CIVIL ACTION 3:03CV0007RNCT
                                 )
v.                               )
                                 )
        ,                        )
                                 )
                                 )
MIKE CARON et al.,               )
        Defendant                )
_____)

**RENEWED MOTION OF MIKE CARON FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**
**(Assented To)**

    Pursuant to Local Rule 7(b), defendant Mike Caron hereby moves for an

extension of time to March 19, 2004 to file a reply brief in response to plaintiff's

opposition to defendant's motion for summary judgment.  As grounds, defendant relies

on the averments set forth in his original motion.  Defendant further states that the

Court's denial of his original motion as "moot" appears to have been in error, as

plaintiff's opposition to defendant's summary judgment motion was filed with the Court

on March 4, defendant's reply brief would normally have been due on March 14, and

defendant filed his original motion to extend time before the expiration of that deadline

on March 11, 2004.[1]

_____

[1] The Court may have confused the instant motion with plaintiff's motion to extend the time for filing its
opposition, and defendant's opposition to said motion.

*Granted.  So ordered.*

*Robert N. Chatigny, U.S.D.J.*

*March 24, 2004.*