IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO.  3:03 CV 0007 (RNC)

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 7(b) of the Local Rules for the District of Connecticut, and the Court's Scheduling Order dated April 17, 2003, the plaintiff, DIRECTV, Inc., respectfully moves for an extension of time of one week, until April 16, 2004, for the completion of its response to the defendant's Motion to Strike the Affidavits of plaintiff's experts dated March 16, 2004.  Good cause exists for the granting of this motion because although the plaintiff is in the process of formulating its response the plaintiff's counsel will be out of the state from March 27 through April 4, 2004.

-2-

Counsel for the defendant consents to the granting of this motion and this is the plaintiff's first request for an extension of time to respond to the defendant's Motion to Strike the Affidavits of plaintiff's experts.

WHEREFORE, the plaintiff, DIRECTV, Inc., moves that its motion be granted.

DATED this 26th day of March, 2004.

                              Respectfully Submitted,
                              PLAINTIFF,

\S\

By_____
   Matthew D. Gordon
   SKELLEY ROTTNER P.C.
   433 S. Main Street, Suite 305
   West Hartford, CT 06110
   Tel. 860-561-7077
   Fax 860-561-7088
   Fed. Bar. No. ct02355

-3-

### **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel of record and pro se parties on March 26, 2004:

| | |
|---|---|
| Kenneth D. Quat, Esq. | Stephen R. Ketaineck, Esq. |
| 132 Great Road, Suite 200 | 140 Captain Thomas Boulevard |
| Stow, MA 01775 | P.O. Box 428 |
| 978-823-0620 | West Haven, CT 06516 |
| 978-823-0621 (fax) | 203-932-2225 |
| *For defendant, Mike Caron* | 203-934-4834 (fax) |

\S\
--------------------------
Matthew D. Gordon

SR/218757

Clerk
U.S. District Court
450 Main Street
Hartford, CT 06103