# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

DIRECTV, INC.

                V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 303CV0007 (RNC)

TO: (Name and address of Defendant)

    CHIP FALCONE
    1097 Hamilton Avenue
    Waterbury, CT 06706

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Matthew D. Gordon, Esq.
    SKELLEY ROTTNER P.C.
    433 S. Main Street
    Suite 305
    West Hartford, CT 06110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                                                   1/2/03

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 1-23-03 |
| NAME OF SERVER (PRINT) Don Cipriano | TITLE | Constable |

*Check one box below to indicate appropriate method of service*

☑ **G** Served personally upon the defendant. Place where served: 1097 Hamilton Avenue; Waterbury, Connecticut

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | COPIES | Endorsements | TOTAL |
|---|---|---|---|---|
| 3.65 | 30.00 | 22.00 | .80 | 56.45 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-27-03
           Date                      Signature of Server

PO Box 3206 - 45 Freight St.
Address of Server
Waterbury, CT 06705

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF CONNECTICUT)
                       ) ss: Waterbury                 January 23, 2003
COUNTY OF NEW HAVEN)

      Then and there by virtue hereof, and at the special direction of the Plaintiff's Attorney, I made due and legal service upon the within named Defendant: **Chip Falcone,** by leaving with and within his hands at: **1097 Hamilton Avenue; Waterbury, Connecticut;** a true and attested copy of the within *Writ, Summons, Complaint, Request For Injunctive Relief,* and *Prayer,* with my endorsement thereon.

      The within and foregoing is the Original *Writ, Summons, Complaint, Request For Injunctive Relief,* and *Prayer,* with my doings endorsed hereon.

| | | |
|---|---|---|
| Services: | $ 30.00 | ATTEST: |
| Travel: | 3.65 | |
| Copies: | 22.00 | |
| Endorsements: | .80 | |
| TOTAL: | $ 56.45 | |

DON CIPRIANO
CONSTABLE