# EXHIBIT  B

**DIRECTV, Inc.,**

      **Plaintiff,**

**V.**

**MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN**

      **Defendants.**

**CIVIL ACTION
NO. 3:03 CV 0007 (RNC)**

## AFFIDAVIT

I, TERRI O'CONNELL, being duly sworn and deposed, hereby state that:

1.  I am over eighteen (18) years of age, reside in Hartford County, Connecticut and believe in the obligations of an oath.

2.  I have personal knowledge of the facts contained in this affidavit.

3.  I am a Law Clerk employed by the law firm Skelley Rottner P.C.

4.  On January 28, 2003 I received a message from Mr. Falcone and called him back and left a message for him. He called me back later that day. Based upon my discussion with him, I do not believe he is in military service at this time.

5.  On May 22, 2003, I sent a letter (attached) to the Defense Manpower Data Center in Arlington, Virginia, requesting the military status of Eugene Falcone. I have not yet heard back

but will file the response with the Court as a supplement to this filing.

Further, affiant sayeth not.

AFFIANT,

*Terri O'Connell*

Terri O'Connell

Subscribed and sworn to before me, on this
the 2 day of June, 2003.

*Cynthia A. Beauchamp*

Notary/Commissioner of the Superior Court

*My Commission Expires 5/28/2006*

2

**SKELLEY ROTTNER** P.C.

Law Offices
Corporate Center West
Suite 305
433 South Main Street
West Hartford, CT 06110

Reply to
P.O. Box 340890
Hartford, CT 06134-0890
Phone: (860) 561-7077
Fax: (860) 561-7088

Joseph F. Skelley, Jr.
1927-1995

James G. Geanuracos
Matthew Dallas Gordon
Randall M. Hayes
Kirby G. Huget
Susan L. Miller
Joel J. Rottner
Carl F. Yeich
Counsel—
Susan E. Malliet

May 22, 2003

Defense Manpower Data Center
1600 Wilson Boulevard
Suite 400
Arlington, VA  22209-2593
**Attn:  Military Verification**

Dear Sir/Madam:

I am seeking information as to whether or not the individual listed below has been or is currently in the military services.

**Eugene Falcone**
**Social Security #  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**

I have enclosed a self-addressed stamped envelope for your convenience in replying to this request for information.  Should you have any questions please do not hesitate to contact the undersigned at (860) 561.7077.

Thank you for your assistance.

Very truly yours,

Teresa O'Connell (wfm)

Teresa  O'Connell

SR/206795

Pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940, specifically, 50 U.S.C.A. Section 501 ET SEQ,, please provide us with the current military status of the following:

| NAME | SSN/DOB | NOT IN MIL | IN MIL | SERVICE |
|---|---|---|---|---|
| Eugene Falcone | 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 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

VIRGINIA BROOKS _____    Date: _____
          OR
DEBORAH WATSON _____    Date: _____