# EXHIBIT C

DIRECTV, Inc.,

    **Plaintiff,**

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    **Defendants.**

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## AFFIDAVIT

I, MATTHEW D. GORDON, being duly sworn and deposed, hereby state that:

1. I am over eighteen (18) years of age and reside in Hartford County, Connecticut.

2. I have been licensed to practice law in the State of Connecticut since 1987 and am currently practicing law throughout the State of Connecticut and in federal courts within the United States.

3. I am familiar with the usual, customary and reasonable legal fees for suits of this type.

4. I am an attorney with the law firm of Skelley Rottner P.C. and act as attorney for DIRECTV, Inc. ("DIRECTV") in this lawsuit.

5. As attorney for DIRECTV, I, or someone at my direction, performed the following in this cause: reviewed the file, including all correspondence between the parties and the claims file;

prepared DIRECTV's Complaint; and prepared and filed the Motion for Default Judgment, affidavits and order.

6. The documents in Appendix E hereto are true and correct copies of bills to DIRECTV or are accurate estimates of bills yet to be generated in connection with the filing of the lawsuit and obtaining the default judgment against the defendant Chip Falcone.

7. Based upon my review of the file, DIRECTV has incurred but has not yet been billed for costs, disbursements and attorney's fees totaling $1,462.28 related to the prosecution of this case against Chip Falcone.

8. To date, DIRECTV has paid no fees for costs associated with the prosecution of this action. The attorney's fees and costs incurred to date are reasonable and necessary for the proper prosecution of this action.

9. Additionally, DIRECTV should be awarded minimum statutory damages of $10,000.00 for the violations of 47 U.S.C. §605 and 18 U.S.C. §2511 and §2512 as alleged in the Complaint.

Law Offices of SKELLEY ROTTNER P.C. ☐ P.O. Box 340890, Hartford, CT 06134-0890 ☐ Phone: (860) 561-7077 Fax: (860) 561-7088
Juris No. 58693

Further, affiant sayeth not..

AFFIANT,

_____
Matthew D. Gordon

Subscribed and sworn to before me, on this the __2__ day of June, 2003.

_____
Notary/Commissioner of the Superior Court

My commission expires July 31, 2006.

3