# EXHIBIT  D

# Summary of Default Judgment Sum

| Source | Sum |
|---|---|
| Minimum Statutory Award | $ 10,000.00 |
| Cost Disbursements (see next page) | $    106.45 |
| Reasonable Attorney Fees (see next page) | $  1,462.28 |
| TOTAL | $11,568.73 |

DIRECTV, INC. v. MIKE CARON, CHIP FALCONE, MIKE LASEVOLI, MICHAEL MASTRO, JR., HECTOR MONTALVO
and GEORGE MORGAN
CV No. 3:03 CV 0007 (RNC
SR\206997

# Summary of Reasonable Cost Disbursements & Attorney Fees

| Cost Disbursements | $   106.45 |
|---|---|
| Reasonable Attorney Fees | $ 1,355.83 |
| **TOTAL** | **$1,462.28** |

## Summary of Cost Disbursements

| Marshall's fees for servicing (Exhibit B) | $   56.45 |
|---|---|
| U.S. District Court filing fee (divided by 3 defendants; receipt attached) | $   50.00 |
| **TOTAL** | **$ 106.45** |

## Summary of Reasonable Attorney Fees

| Dates | Fees |
|---|---|
| Billing Statement 12-4-2002 to 5-23-2003 (19.90 hours at $175.00/hour divided by 3 defendants; see copy attached) | $ 1,160.83 |
| Paralegal Fees for 3-7-03 through 4-7-03 (6.5 hours at $90.00/hour divided by 3 defendants; see copy attached) | $   195.00 |
| **TOTAL** | **$ 1,355.83** |

DIRECTV, INC. v. MIKE CARON, CHIP FALCONE, MIKE LASEVOLI, MICHAEL MASTRO, JR., HECTOR MONTALVO and GEORGE MORGAN
CV No. 3:03 CV 0007 (RNC
SR\206997

# WORK IN PROGRESS

PAGE 1 of 4

For Matters

FROM: Trans: 01/01/1975 & System: 01/01/1975 12:00:00 AM
THRU: Trans: 05/30/2003 & System: 05/30/2003 11:59:59 PM

REPORT ID:  TWP$
PROCESSED: 05/30/2003 10:56:23 AM

| Date | Tmkpr | Type | Bill / Rate / Code | Units | Rate Unapplied | Amount | Seq # | Hold/ Description Print |
|---|---|---|---|---|---|---|---|---|

## Client 8800/LITIGATION MATTERS - PLAINTIFF
Desc:

| | Bill Options |
|---|---|
| Branch E5 | Perm       Time/Ex |
| Dept LP | Periodic    Monthly   Flat Fee |
| AOL | Billing Type          Finance |
| Resp SR | Combine            Format    INS |
| Mang SLM | Open Date   Incident Date   Closed Date |
| Orig SR | 04/29/1995 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Matter 02015/LITIGATION MATTERS - PLAINTIFF 8800
Desc: DIRECTV, INC. V. MIKE CARON

| | Bill Options |
|---|---|
| Branch E5 | Perm       Time/Ex |
| Dept LP | Periodic    Monthly   Flat Fee |
| AOL OTP | Billing Type Regular   Finance |
| Resp MD | Combine            Format   SUBRO |
| Mang MD | Last Stmt    Last Pymt    Open Date    Incident Date  Closed Date |
| Orig SR | 02/12/2003    12/13/2002 |

Time

| Date | Tmkpr | Type | Bill/Rate/ | Units | Rate | Amount | Seq # | Hold | Description |
|---|---|---|---|---|---|---|---|---|---|
| 12/04/2002 | MDG | Time | Y/B/ | 0.30 | 175.00 | 52.50 | 954367 | N/Y | RECEIPT AND REVIEW OF DRAFT COMPLAINT FORWARDED BY ATTORNEY RUSSO. |
| 12/13/2002 | MDG | Time | Y/B/ | 2.50 | 175.00 | 437.50 | 954667 | N/Y | DRAFTING OF SUMMONS AND COMPLAINT. |
| 12/20/2002 | MDG | Time | Y/B/ | 0.50 | 175.00 | 87.50 | 955348 | N/Y | REVIEW AND REVISE COMPLAINT. |
| 01/07/2003 | MDG | Time | Y/B/ | 0.50 | 175.00 | 87.50 | 956803 | N/Y | RECEIPT AND REVIEW OF ORDERS AND TRUE AND ATTESTED COPIES OF PLEADINGS FROM U. S. DISTRICT COURT. |
| 01/27/2003 | TAO | Time | Y/B/ | 0.50 | 90.00 | 45.00 | 957903 | N/Y | TELEPHONE CALL TO MS. CRAWLEY REGARDING PROCEDURES FOR PRE-LITIGATION NEGOTIATIONS AND UPDATES TO ATTORNEY JOSEPH RUSSO. |
| 01/28/2003 | TAO | Time | Y/B/ | 0.30 | 90.00 | 27.00 | 957901 | N/Y | TELEPHONE CALLS TO DEFENDANTS JIM WINSLOW, CHRIS FALCONE, AND ERIC LONG REGARDING  PRE-LITIGATION NEGOTIATIONS. |
| 02/05/2003 | TAO | Time | Y/B/ | 0.20 | 90.00 | 18.00 | 958835 | N/Y | TELEPHONE CALL FROM MR. MORGAN RE: SETTLEMENT NEGOTIATIONS. |
| 02/19/2003 | TAO | Time | Y/B/ | 0.30 | 90.00 | 27.00 | 960085 | N/Y | REVISED TRACKING MATRIX TO REFLECT RECENT CONTACTS WITH DEFENDANTS. |
| 03/03/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 961053 | N/Y | TELEPHONE CALL FROM ATTORNEY CARON RE: BASIS OF CLAIM. |
| 03/03/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 961054 | N/Y | RECEIPT AND REVIEW OF APPEARANCE AND MOTION FOR EXTENSION OF TIME TO PLEAD FILED BY ATTORNEY CARON. |
| 03/06/2003 | TAO | Time | Y/B/ | 0.10 | 90.00 | 9.00 | 961285 | N/Y | CONTACTED ATTORNEY RUSSO TO ALERT HIM TO  AN INCORRECT ADDRESS FOR ONE OF THE DEFENDANTS, WHICH IS IN ADDITION TO TWO OTHER DEFENDANTS FOR WHOM WE HAVE NOT YET RECEIVED CORRECT ADDRESSES. |
| 03/18/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 962199 | N/Y | ATTENTION TO LOCAL RULES OF CIVIL PROCEDURE RE: NEED FOR PARTIES' PLANNING CONFERENCE AND DEADLINES FOR COMPLETION OF SAME. |
| 03/18/2003 | MDG | Time | Y/B/ | 0.80 | 175.00 | 140.00 | 962200 | N/Y | TELEPHONE CALL TO ATTORNEY QUAT RE: PARTIES' RULE 26(f) PLANNING CONFERENCE AND BASIS OF PLAINTIFF'S CLAIM FOR MONEY DAMAGES. |
| 03/18/2003 | MDG | Time | Y/B/ | 1.80 | 175.00 | 315.00 | 962201 | N/Y | DRAFTING OF PARTIES' PLANNING CONFERENCE REPORT. |

# WORK IN PROGRESS

For Matters

FROM: Trans: 01/01/1975 & System: 01/01/1975 12:00:00 AM
THRU: Trans: 05/30/2003 & System: 05/30/2003 11:59:59 PM

REPORT ID: TWP$
PROCESSED: 05/30/2003 10:56:23 AM

| Date | Tmkpr | Type | Bill / Rate / Code | Units | Rate Unapplied | Amount | Seq # | Hold/ Print | Description |
|---|---|---|---|---|---|---|---|---|---|
| 03/18/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 962202 | N/Y | CORRESPONDENCE TO ATTORNEY QUAT RE: REVISIONS TO DRAFT RULE 26(f) REPORT. |
| 03/18/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 962203 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: NEED TO PREPARE INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE. |
| 03/18/2003 | MDG | Time | Y/B/ | 0.30 | 175.00 | 52.50 | 962205 | N/Y | TELEPHONE CALL FROM ATTORNEY QUAT RE: COURT'S DECISION TO GRANT MOTION FOR ADMISSION PRO HAC VICE AND REQUEST FOR MEETING TO DISCUSS TIMELINES FOR DISCOVERY AND FILING OF DISPOSITIVE MOTIONS. |
| 03/27/2003 | MDG | Time | Y/B/ | 0.50 | 175.00 | 87.50 | 963177 | N/Y | REVISE PARTIES' REPORT RE: RULE 26(f) PLANNING CONFERENCE. |
| 03/27/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 963178 | N/Y | CORRESPONDENCE TO ATTORNEY QUAT RE: JOINT SUBMISSION OF PARTIES' PLANNING CONFERENCE REPORT. |
| 03/27/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 963179 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: REVISIONS TO PARTIES' PLANNING REPORT AND NEED TO PREPARE INITIAL VOLUNTARY DISCLOSURES. |
| 03/27/2003 | MDG | Time | Y/B/ | 0.30 | 175.00 | 52.50 | 963193 | N/Y | TELEPHONE CALL TO ATTORNEY QUAT RE: FILING OF PARTIES' PLANNING REPORT. |
| 04/01/2003 | MDG | Time | Y/B/ | 0.10 | 175.00 | 17.50 | 964159 | N/Y | RECEIPT AND REVIEW OF CORRESPONDENCE FROM ATTORNEY RUSSO RE: REVISIONS TO PARTIES' PLANNING REPORT. |
| 04/01/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 964160 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: CASE STATUS. |
| 04/01/2003 | MDG | Time | Y/B/ | 0.80 | 175.00 | 140.00 | 964166 | N/Y | TELEPHONE CONFERENCES WITH ATTORNEY QUAT RE: REVISIONS TO PARTIES' PLANNING REPORT. |
| 04/01/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 964167 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: REVIEW OF PARTIES' PLANNING REPORT. |
| 04/02/2003 | MDG | Time | Y/B/ | 0.70 | 175.00 | 122.50 | 964318 | N/Y | NUMEROUS TELEPHONE CONFERENCES WITH ATTORNEY QUAT RE: DISCOVERY ISSUES, COMPLIANCE WITH STANDING ORDERS AND PREPARATION OF PARTIES' PLANNING CONFERENCE REPORT. |
| 04/02/2003 | MDG | Time | Y/B/ | 0.50 | 175.00 | 87.50 | 964319 | N/Y | FINAL EDITING OF PARTIES' PLANNING CONFERENCE REPORT. |
| 04/17/2003 | MDG | Time | Y/B/ | 0.80 | 175.00 | 140.00 | 965822 | N/Y | RECEIPT AND REVIEW OF REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS TO PRODUCE FILED BY THE DEFENDANT MIKE CARON. |
| 04/17/2003 | MDG | Time | Y/B/ | 0.30 | 175.00 | 52.50 | 965823 | N/Y | ANALYSIS OF FEDERAL RULES OF CIVIL PROCEDURE AND REVISED LOCAL RULES OF CIVIL PROCEDURE RE: DEADLINES FOR COMPLIANCE WITH DEFENDANT'S DISCOVERY REQUESTS AND NEED FOR MOTION FOR EXTENSION OF TIME TO RESPOND TO SAME. |
| 04/17/2003 | MDG | Time | Y/B/ | 0.60 | 175.00 | 105.00 | 965824 | N/Y | ATTENTION TO FILE MATERIAL RE: COMPLIANCE WITH DEFENDANT'S INTERROGATORIES AND REQUESTS TO PRODUCE. |
| 04/17/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 965825 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: RECEIPT OF DEFENDANT'S DISCOVERY REQUESTS AND COORDINATION OF DEFENSE STRATEGIES. |

For Matters

FROM: Trans: 01/01/1975 & System: 01/01/1975 12:00:00 AM
THRU: Trans: 05/30/2003 & System: 05/30/2003 11:59:59 PM

REPORT ID:  TWP$
PROCESSED: 05/30/2003 10:56:23 AM

| Date | Tmkpr | Type | Bill / Rate / Code | Units | Rate Unapplied | Amount | Seq # | Hold/ Print | Description |
|------|-------|------|---------|-------|------|--------|-------|------|-------------|
| 04/17/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 965826 | N/Y | ATTENTION TO LOCAL RULES OF CIVIL PROCEDURE RE: COMPLIANCE WITH STANDING ORDER RE: CORPORATE DISCLOSURE STATEMENT. |
| 04/17/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 965827 | N/Y | RESEARCH RE: EFFECT OF RECENT ACQUISITION BY NEWS CORP OF HUGHES ELECTRONICS STOCK ON CORPORATE DISCLOSURE REQUIREMENTS. |
| 04/17/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 965828 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: NEED TO FILE CORPORATE DISCLOSURE STATEMENT. |
| 04/24/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 965991 | N/Y | RECEIPT AND ANALYSIS OF JUDGE CHATIGNEY'S ORDER RE: CASE MANAGEMENT PLAN. |
| 04/24/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 965992 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: COORDINATION OF DEFENSE STRATEGIES AND COMPLIANCE WITH JUDGE CHATIGNY'S CASE MANAGEMENT ORDER. |
| 05/01/2003 | TAO | Time | Y/B/ | 0.10 | 90.00 | 9.00 | 967022 | N/Y | E-MAIL TO ATTORNEY RUSSO REGARDING MISSING ADDRESSES FOR THREE DEFENDANTS. |
| 05/06/2003 | MDG | Time | Y/B/ | 0.90 | 175.00 | 157.50 | 967373 | N/Y | RECEIPT AND ANALYSIS OF INFORMATION FORWARDED BY MS. BINGLEY RE: DIRECTV'S COMPLIANCE WITH INITIAL DISCLOSURE REQUIREMENTS. |
| 05/06/2003 | MDG | Time | Y/B/ | 0.30 | 175.00 | 52.50 | 967379 | N/Y | CORRESPONDENCE TO MS. BINGLEY RE: ADDITIONAL INFORMATION NEEDED TO SATISFY INITIAL DISCLOSURE REQUIREMENTS. |
| 05/06/2003 | MDG | Time | Y/B/ | 0.10 | 175.00 | 17.50 | 967380 | N/Y | TELEPHONE CALL TO DEFENDANT'S COUNSEL RE:  CONSENT TO EXTENSION OF TIME TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS. |
| 05/06/2003 | MDG | Time | Y/B/ | 0.20 | 175.00 | 35.00 | 967381 | N/Y | TELEPHONE CALL TO ATTORNEY RUSSO RE: COMPLIANCE WITH RULE 26 INITIAL DISCLOSURE REQUIREMENTS. |
| 05/06/2003 | MDG | Time | Y/B/ | 0.10 | 175.00 | 17.50 | 967386 | N/Y | CORRESPONDENCE TO ATTORNEY RUSSO RE: FILING OF MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS. |
| 05/08/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 967388 | N/Y | TELEPHONE CALL FROM MS. GARCIA RE: COMPLIANCE WITH DEFENDANT'S INTERROGATORIES, REQUESTS TO PRODUCE AND REQUEST FOR ADMISSIONS. |
| 05/16/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 967851 | N/Y | ANALYSIS OF FILE RE: BASIS FOR DEFAULT JUDGMENT. |
| 05/20/2003 | MDG | Time | Y/B/ | 0.40 | 175.00 | 70.00 | 968306 | N/Y | REVIEW INITIAL RULE 26(f) DISCLOSURES. |
| 05/21/2003 | TAO | Time | Y/B/ | 5.00 | 90.00 | 450.00 | 968187 | N/Y | DRAFTING OF MOTIONS FOR DEFAULT JUDGMENT; TELEPHONE CALLS TO DEFENDANTS RE: MILITARY SERVICE; AND PREPARATION OF AFFIDAVITS AND EXHIBITS. |
| 05/21/2003 | MDG | Time | Y/B/ | 2.00 | 175.00 | 350.00 | 968194 | N/Y | FINAL EDITING OF MOTIONS FOR DEFAULT JUDGMENT AND RELATED DOCUMENTS. |
| 05/23/2003 | MDG | Time | Y/B/ | 0.00 | 0.00 | 0.00 | 968331 | N/Y | RECEIPT AND REVIEW OF APPEARANCE OF GEORGE MORGAN (NO CHARGE). |

4,067.50

For Matters

FROM: Trans: 01/01/1975 & System: 01/01/1975 12:00:00 AM
THRU: Trans: 05/30/2003 & System: 05/30/2003 11:59:59 PM

REPORT ID:   TWP$
PROCESSED: 05/30/2003 10:56:23 AM

| Date | Tmkpr | Type | Bill / Rate / Code | Units | Rate Unapplied | Amount | Seq # | Hold/ Description Print |
|------|-------|------|--------------------|-------|----------------|--------|-------|-------------------------|

| Account Status | Time | Expenses | Other | Total | Summary Information | | |
|----------------|------|----------|-------|-------|---------------------|---|---|
| | | | | | Deposits Balance: | 0.00 | |
| Current Balance | 0.00 | 0.00 | 0.00 | 0.00 | | YTD | LTD |
| Unapplied A/R Adj | | | | 0.00 | | | |
| Unapplied Receipts | | | | 0.00 | Billed Fees | 0.00 | 0.00 |
| Unbilled Amounts | 4,067.50 | 0.00 | 0.00 | 4,067.50 | Billed Exp | 0.00 | 351.20 |
| | | | | | Ent Receipts | 0.00 | 0.00 |
| Balance if Billed | 4,067.50 | 0.00 | 0.00 | 4,067.50 | | | |

Timekeeper Work in Process Totals

| | B Hours | Total Hours | B Amount | Total Amount |
|-------|---------|-------------|----------|--------------|
| MDG | 19.90 | 19.90 | 3482.50 | 3,482.50 |
| TAO | 6.50 | 6.50 | 585.00 | 585.00 |
| Total | 26.40 | 26.40 | 4067.50 | 4,067.50 |

# SKELLEY
# ROTTNER P.C.

**Law Offices**
P.O. Box 340890
Hartford, CT 06134-0890
Phone: (860) 561-7077
Fax: (860) 561-7088

**FEDERAL IDENTIFICATION
NO. 06-0987841**

MR. JOSEPH RUSSO JR., ESQUIRE
GEER, HERZ & ADAMS, LLP
ONE MOODY PLAZA
18TH FLOOR
GALVESTON, TEXAS 77550

| | |
|---|---|
| DATE: | 2/12/2003 |
| CLIENT NO. | 8800 - 02015 |
| STATEMENT NO. | 58705 |

PLEASE INCLUDE CLIENT NUMBER AND
STATEMENT NUMBER ON YOUR
REMITTANCE

---

RE: DIRECTV, INC. V. MIKE CARON

CLM# N/A        DATE OF LOSS: N/A

D1: MIKE CARON       D2: CHIP FALCONE

D3: MIKE IASEVOLI       D4:M. MASTRO & H. MONTALVO

EXPENSE BILL

TOTAL BALANCE DUE:        351.20

*Total = $106.45*

**DISBURSEMENTS:**

| Date | Description | Amount |
|---|---|---|
| 12/12/2002 | CLERK, U.S. DISTRICT COURT  FILING FEE  SR CHECK # 21180 | 150.00 +3 = $50 |
| 02/12/2003 | PROCESS SERVERS LLC  SERVICE OF PROCESS  SR CHECK # 21309  *Falcone* | 56.45 |
| 02/12/2003 | PROCESS SERVERS LLC  SERVICE OF PROCESS  SR CHECK # 21310 | 74.70 |
| 02/12/2003 | PROCESS SERVERS LLC  SERVICE OF PROCESS  SR CHECK # 21311 | 70.05 |

DISBURSEMENTS THIS STATEMENT:        351.20

AMOUNT THIS STATEMENT:        351.20

| Stmt No | Stmt Date | Outstanding Statements Bill Amount | Applied Amount | Balance Due |
|---|---|---|---|---|
| 58705 | 02/12/03 | 351.20 | 0.00 | 351.20 |
| | | Total Balance Due | | 351.20 |

Express Servers LLC
45 Freight Street, Ste. 5
Waterbury, CT  06702
Tel. 203-755-8033
Fax: 203-755-1158

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/27/2003 | 4730 |

**BILL TO**

KELLEY ROTTNER P.C.
) Box 340890
artford, CT  06134-0890

| TERMS | DUE DATE | REP |
|-------|----------|-----|
| Due on receipt | 1/27/2003 | DC |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| ERVICE OF WRIT: Chip Falcone | 56.45 |
| DIRECTTV, INC. VS. MIKE CARON, et al | |

| | Total | $56.45 |