#52

FILED 2004 MAR 29 P 2:22 U.S. DISTRICT COURT HARTFORD CT.

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 7(b) of the Local Rules for the District of Connecticut, and the Court's Scheduling Order dated April 17, 2003, the plaintiff, DIRECTV, Inc., respectfully moves for an extension of time of one week, until April 16, 2004, for the completion of its response to the defendant's Motion to Strike the Affidavits of plaintiff's experts dated March 16, 2004. Good cause exists for the granting of this motion because although the plaintiff is in the process of formulating its response the plaintiff's counsel will be out of the state from March 27 through April 4, 2004.

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
March 30, 2004.