IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## SUPPLEMENT TO PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ITS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, DIRECTV, Inc., hereby supplements the affidavit submitted in its Exhibit B of its Memorandum of Law in Opposition to Caron's Motion for Summary Judgment. The prior affidavit of James F. Whalen in Exhibit B was a copy and is now supplemented with the original signed affidavit of James F. Whalen.

DATED this 6th day of April 2004.

                      Respectfully Submitted,
                      PLAINTIFF,

                      By_____
                      Matthew D. Gordon
                      SKELLEY ROTTNER P.C.
                      433 S. Main Street, Suite 305
                      West Hartford, CT 06110
                      Tel. 860-561-7077
                      Fax 860-561-7088
                      Fed. Bar. No. ct02355

SR/217887

## CERTIFICATION

I hereby certify that a copy of the above was mailed, postage prepaid, to the following counsel of record and pro se parties on April 5, 2004:

Kenneth D. Quat, Esq.
132 Great Road, Suite 200
Stow, MA 01775
*978-823-0620*
*978-823-0621 (fax)*
*For defendant, Mike Caron*

Stephen R. Ketaineck, Esq.
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
*203-932-2225*
*203-934-4834 (fax)*
*For defendant, Mike Caron*

_____
Matthew D. Gordon