Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
      ----------------------------x
 3                                :
      DIRECTV, INC., a California  :
 4    Corporation,                 :         COPY
                                   :
 5              Plaintiff,         :
                                   :    Civil Action No.
 6         -vs-                    :    3:03CV0007(RNC)
                                   :
 7    MIKE CARON, et al.,          :
                                   :
 8              Defendants.        :
                                   :
 9    ----------------------------x
10
11
                  VOLUME I - PAGES 1-62
12
13
14

15          DEPOSITION OF:  MIKE CARON
            DATE:  DECEMBER 4, 2003
16          HELD AT:  SKELLEY, ROTTNER, P.C.
            CORPORATE CENTER WEST, SUITE 305
17          433 SOUTH MAIN STREET
18          WEST HARTFORD, CONNECTICUT
19
20
         Reporter:  JILL I. HUDON, RPR, LSR #00082
21          Brandon Smith Reporting Service
                 44 Capitol Avenue
22               Hartford, CT 06106
                  (860) 549-1850
23
24
25
```

20fca231-ec4e-4fa7-9c55-e02c64d42807

DirectTV, Inc. vs Caron

12/4/2003

Mike Caron

Page 34

```
 1                         (Plaintiff's Exhibit No. 1 was

 2                         marked for identification.)

 3

 4       Q     (By Mr. Gordon)  Let me show you something

 5   that I've marked as Exhibit 1, Mr. Caron, and ask you

 6   whether you've ever seen that document before.

 7       A     No, I haven't.

 8       Q     You didn't receive a packing slip in

 9   September of 2000 in connection with a package you

10   received from DSS-Stuff.com?

11       A     I may have, but it's nothing that I looked

12   at.

13       Q     Did you order something from DSS-Stuff.com

14   in September of 2000?

15       A     Yes.

16       Q     Okay.  And what did you order from DSS?

17       A     A programmer.

18             MR. QUAT:  Excuse me.  Could we get a

19   copy of that made so I can have one when --

20             MR. GORDON:  Sure, of course.  I'll do

21   that in just a few minutes, if that's okay.

22             MR. QUAT:  Sure.  Go ahead.

23       Q     (By Mr. Gordon)  And when you say "a

24   programmer," what is that?

25       A     It's a device used to program smart cards.
```

20fca231-ec4e-4fa7-9c5