```
 1        Q    And when you say "smart cards," what
 2   specifically are you referring to?
 3        A    A smart card, a plastic card with a computer
 4   chip in it.
 5        Q    Okay.  And in September of 2000, you had the
 6   smart card that was the access card for DirecTV?
 7        A    No.
 8        Q    You did not have that at that time?
 9        A    I'm confused as to -- could you repeat that
10   question, please?
11        Q    Sure.  Hold on just one second.  Let me just
12   ask you a different question.
13             Why were you buying a programmer that was
14   used to program smart cards?
15        A    I had purchased a wall safe or firebox, and
16   it required a smart card -- it came with a smart card
17   and a programmer.  It was used, and it wasn't working.
18        Q    When did you buy the wall safe?
19        A    The date, I don't recall.  I had purchased
20   it at a tag sale and had it for about a year or so.
21        Q    Where was this tag sale?
22        A    It was in North Branford.
23        Q    And how large was this wall safe?
24        A    I don't know the exact dimensions.  It was
25   about 12 inches high.  It was made to fit between
```