DirectTV, Inc. vs Caron

12/4/2003                                              Mike Caron

Page 41

1    conversation or something in writing?  You said you

2    sent a request.

3        A    It was an e-mail.

4        Q    Okay.  What is your e-mail address?

5        A    Now?

6        Q    Yeah.  What is it now?

7        A    Now it's oopy6@comcast.net.

8        Q    Oopy6@ --

9        A    -- comcast.net.

10       Q    Number 6 --

11       A    Yes.

12       Q    -- @comcast.net.

13            What was your e-mail address at the time

14   that you were making this request?

15       A    I don't recall.

16       Q    Do you have -- do you keep your e-mails?

17       A    No.  That's -- I've had different computers

18   since then.

19       Q    Okay.  So you have no way of showing me that

20   request that you're referring to?

21       A    No.

22       Q    Okay.  And you said that based on the

23   information that you had supplied to whomever it was

24   that you were speaking with at the company that you

25   were dealing with, they said that you needed a

20fca231-ec4e-4fa7-9c55-e02c64d42807

DirectTV, Inc. vs Caron

12/4/2003

Mike Caron

Page 44

```
 1        Q      (By Mr. Gordon)   Did anybody else assist you
 2    in your efforts to use the programmer and the unlooper
 3    to try to get the safe working?
 4        A      No.
 5        Q      You did that all on your own?
 6        A      Yes.
 7        Q      What about your wife?   Did she help you at
 8    all?
 9        A      No.   My wife doesn't know computers.
10        Q      She doesn't --
11        A      She doesn't go anywhere near computers.
12        Q      Okay.   And the person that you spoke with --
13    and by the way, the company that you were dealing with
14    that was selling you this stuff, you don't recall the
15    name of that company?
16        A      No.
17        Q      And they told you that this unlooper and
18    programmer was going to work to reprogram the smart
19    card?
20        A      Yes.
21        Q      And what exactly were you required to do, or
22    what were you told to do in connection with how to use
23    the unlooper and the programmer to reprogram the card
24    for the safe?
25        A      I was told to put the card in, and it would
```

20fca231-ec4e-4fa7-9c55-e02c6

Page 53

1    programming DirecTV cards, and was basically

2    threatening to sue me no matter what I did, and he

3    wanted a settlement.

4              And I told him that -- I'm sorry.  I --

5    Q    I'm listening to what you're about to say.

6    A    I'm sorry.  And it came out where I told him

7    I was trying to program a Dish Network card.  I never

8    explained to him what I was doing with the card.

9              And he basically told me that it didn't

10   matter to him what I was programming, and that a Dish

11   Network card, he could sue me for also.

12             And that's -- I asked him, "Are you trying

13   to tell me that you can sue me for Dish Network even

14   though you're representing DirecTV?"

15             And he said, "Yes."

16             And that was the end of the conversation.

17   Q    Okay.  Have you ever used the unlooper or

18   the programmer to try to -- for any purpose other than

19   decoding the smart card that had Dish Network or the

20   other cards that came with the safe in order to

21   reprogram those cards for use with the safe?

22   A    No.

23   Q    Is there anyone that could verify for me,

24   Mr. Caron, what you've said about your use of the

25   unlooper and the programmer?

20fca231-ec4e-4fa7-9c55-e02c64d42807

Page 54

1       A      Probably not, not off the top of my head.

2       Q      There's no one -- you mentioned this man

3    Scott.

4              Was there anyone else that was involved in

5    this project with you?

6       A      Scott wasn't really involved in the project.

7    It was discussion --

8       Q      He just gave you the card?

9       A      Yes.

10      Q      Do you know where Scott is now?

11      A      No.  He left us a while ago, and I have no

12   idea where he's at.  I --

13      Q      Did you discuss -- I'm sorry.  I didn't mean

14   to interrupt you.

15      A      I haven't talked to him.

16      Q      Is there anyone that you discussed this

17   matter with other than your attorney?

18      A      No.

19      Q      How long ago did you get rid of the

20   programmer and the unlooper?

21      A      I don't recall.  I didn't do it all, like,

22   you know, one day after another.  It just -- the safe

23   went out with -- it was either in the spring or the

24   fall, well, because it was metal, and we have bulk

25   pickup on the side of the road.

20fca231-ec4e-4fa7-9c55-e02c6...