IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE IASEVOLI, MICHAEL MASTRO, Jr., HECTOR MONTALVO and GEORGE MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

DIRECTV, Inc., the plaintiff in the above-captioned matter, hereby designates the following expert witnesses pursuant to the Federal Rules of Civil Procedure 26(a)(2). Although the plaintiff has not retained nor specially employed any other individuals to provide expert testimony, because of the specialized nature of the evidence, testimony from other individuals may extend into areas covered by Rule 702, 703, or 705 of the Federal Rules of Evidence. Accordingly, information regarding these individuals is also provided.

## A. DISCLOSURE OF EXPERT WITNESSES

1. **Matthew D. Gordon of Skelley Rottner P.C., Corporate Center West, Suite 305, 433 South Main Street, West Hartford, CT 06110, (860) 561-7077, and Susan Connors of Krevolin, Roth, & Connors, 433 South Main Street, Suite 303, West Hartford, CT 06110, (860) 561-7282.**

Mr. Gordon's and/or Ms. Connors' testimony will involve the reasonableness of attorney fees incurred in the prosecution of this matter and will be based on their respective years of practice and on the billing invoices related to this case. Mr. Gordon's and Ms. Connors' qualifications may be found in Martindale-Hubbell at http://www.martindale.com. Currently, reasonable attorney fees are incurred by DIRECTV, Inc. at a rate of between $125.00 and $175.00 per hour relating to the pursuit of defendants. DIRECTV, Inc. has also incurred recoverable costs relating to this case. Finally, additional fees will be incurred in connection with ongoing discovery and in preparation for the trial of this matter.

2. **Bill Gatliff, Michael Barr, David Simon, Netrino, LLC, 24 Spa Rd, Suite J, Annapolis, MD 21403, (443) 482-9012.**

Mr. Gatliff, Mr. Barr, and/or Mr. Simon of Netrino, LLC ("Netrino") will testify concerning the devices at issue in this lawsuit as provided in the attached reports. Netrino's testimony will involve the utility of devices at issue based on Netrino's examination of the devices at issue, witness statements and other reports concerning the products distributed and purchased by the defendant. In reaching their opinions regarding the ability of devices obtained by the defendant, Netrino wil rely on (1) past expert reports, (2) witness statements from people who manufactured, distributed and/or purchased devices like those purchased by the defendant, and (3) website documents. Statements and/or summaries relating to the proposed opinion testimony by Netrino are provided to the defendant as **Exhibit A**, and are hereby incorporated by reference as if

fully set forth herein. Curricula vitae for Mr. Gatliff, Mr. Barr, and Mr. Simon are provided in **Exhibit B**. Netrino has appeared in one civil action in the United States District Court, Western District of Louisiana, titled DIRECTV, Inc. v. Jack Patt, et al., Civil Action No. 6:02-2665.

3. **Lacey Walker, Jr., Michael Stoabs, Internet Crimes Group, Inc., ("ICG, Inc."), P.O. Box 3599, Princeton, NJ 08543, (609) 806-5000.**

ICG, Inc., is a computer forensics firm that conducts investigations of data on electronic media. ICG, Inc. was retained by the plaintiff to assist in its investigation of pirate access devices acquired over the Internet. ICG. Inc. participated in the court-ordered forensic capture and duplication of several services that contained pirate access information. The company performed detailed data analysis and extraction on the seized servers.

Mr. Walker Jr. or Mr. Stoabs of ICG, Inc. may testify regarding the defendant's use of the Internet to obtain information regarding the unauthorized access to DIRECTV's satellite programming. Two reports of ICG, Inc. regarding their involvement and expert analysis are attached as **Exhibit C**. Background on ICG, Inc., Mr. Walker Jr., and Mr. Stoabs are provided in **Exhibit D**. ICG. Inc. typically performs tasks related to litigation support at a rate of $225.00 per hour. Finally, more information related to ICG, its background and work can be obtained on the Internet at www.icgnic.com.

## B. INDIVIDUALS NOT RETAINED OR "SPECIALLY EMPLOYED" THAT MAY PROVIDE EVIDENCE OF A SPECIALIZED NATURE

Due to the specialized nature of the evidence, testimony from the following individuals may extend into areas covered by Rule 702, 703, or 705 of the Federal Rules of Evidence:

1. **Larry Rissler, Vice President, or James Whalen, Director, or John Wells, Office of Signal Ingtegrity, DIRECTV, Inc., 2230 East Imperial Hwy., El Segundo, CA 90245, (310) 964-5000, ext. 3702.**

Mr. Whalen and Mr. Wells were previously disclosed on June 25, 2003 in plaintiff's responses to the defendant's first set of interrogatories. Mr. Rissler, Mr. Whalen, or Mr. Wells (or, in the event of scheduling conflicts, another representative of DIRECTV, Inc.) will testify as to the utility of the devices manufactured and purchased by the defendant. More specifically, the devices purchased by the defendant allow for unauthorized access to DIRECTV, Inc.'s satellite signals. Mr. Rissler, Mr. Whalen, or Mr. Wells, or another DIRECTV, Inc. representative, will also testify as to the evidence relating to the defendant's use of these devices and the damage caused by such illicit use. **Exhibit E** provides documents that may be presented by Mr. Rissler, Mr. Whalen, or Mr. Wells, or another DIRECTV, Inc.'s representative.

2. **Carol Fong Hilton, DIRECTV, Inc., Supervisor, End User Development Group, 2230 East Imperial Hwy., El Segundo, CA 90245, (310) 964-5000.**

Ms. Fong Hilton will testify that the business records in **Exhibit F** kept by DIRECTV, Inc. as to the defendant were kept in the course of regularly conducted activity by DIRECTV, Inc. and that these business records were made in the regular course of the business of DIRECTV, Inc. as a regular practice.

3. **Scott Madvig, c/o Kevin Hizon, Law Offices of Curtis C. Chen & Associates, 7777 Center Avenue, Suite 560, Huntington Beach, California 92647.**

     Bruce Turner, c/o Attorney Karl Huish, Huish Campell, 4647 N. 32nd Street, Suite 201, Phoenix, Arizona 85018.

     Scott McNeal, McNeal Investigations, 30011 Ivy Glenn, Suite 114, Laguna Miguel, California 92677.

     Steve P. Hutt (operated DSS Stuff), c/o Charles Wagman, Wagman Sherkin, 756A Queen Street East, Suite 200, Toronto Ontario M4M 1H4.

     Derek Trone, c/o Anne Marie Healy, Esquire, 1108 West 5th Street, Santa Ana, California 92703.

The above witnesses were previously disclosed on June 25, 2003 in plaintiff's responses to the defendant's first set of interrogatories. The above witnesses may be called to testify regarding the sale of satellite signal theft devices to the defendant and to the design and intent of the devices purchased by the defendant.

DATED this 13th day of April, 2004.

                                                   Respectfully Submitted,
                                                   PLAINTIFF,

                                                   By _____
                                                   Matthew D. Gordon
                                                   SKELLEY ROTTNER P.C.
                                                   433 S. Main Street, Suite 305
                                                   West Hartford, CT 06110
                                                   Tel. 860-561-7077
                                                   Fax 860-561-7088
                                                   Fed. Bar. No. ct02355