Page 1

1           UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
2
3  -------------------------------x
                                   :
4  DIRECTV, INC., a California     :
   Corporation,                    :         COPY
                                   :
5           Plaintiff,             :
                                   :  Civil Action No.
6       -vs-                       :  3:03CV0007(RNC)
                                   :
7  MIKE CARON, et al.,             :
                                   :
8           Defendants.            :
                                   :
9  -------------------------------x
10
11
              VOLUME I - PAGES 1-62
12
13
14
              DEPOSITION OF: MIKE CARON
15            DATE: DECEMBER 4, 2003
              HELD AT: SKELLEY, ROTTNER, P.C.
16            CORPORATE CENTER WEST, SUITE 305
              433 SOUTH MAIN STREET
17            WEST HARTFORD, CONNECTICUT
18
19
20
       Reporter: JILL I. HUDON, RPR, LSR #00082
21          Brandon Smith Reporting Service
                 44 Capitol Avenue
22               Hartford, CT 06106
                  (860) 549-1850
23
24
25

Page 34

1           (Plaintiff's Exhibit No. 1 was
2           marked for identification.)
3
4       Q   (By Mr. Gordon)  Let me show you something
5  that I've marked as Exhibit 1, Mr. Caron, and ask you
6  whether you've ever seen that document before.
7       A   No, I haven't.
8       Q   You didn't receive a packing slip in
9  September of 2000 in connection with a package you
10 received from DSS-Stuff.com?
11      A   I may have, but it's nothing that I looked
12 at.
13      Q   Did you order something from DSS-Stuff.com
14 in September of 2000?
15      A   Yes.
16      Q   Okay.  And what did you order from DSS?
17      A   A programmer.
18          MR. QUAT:  Excuse me.  Could we get a
19 copy of that made so I can have one when --
20          MR. GORDON:  Sure, of course.  I'll do
21 that in just a few minutes, if that's okay.
22          MR. QUAT:  Sure.  Go ahead.
23      Q   (By Mr. Gordon)  And when you say "a
24 programmer," what is that?
25      A   It's a device used to program smart cards.