DirectTV, Inc. vs Caron

12/4/2003                                                    Mike Caron

Page 35

```
 1      Q    And when you say "smart cards," what
 2 specifically are you referring to?
 3      A    A smart card, a plastic card with a computer
 4 chip in it.
 5      Q    Okay.  And in September of 2000, you had the
 6 smart card that was the access card for DirecTV?
 7      A    No.
 8      Q    You did not have that at that time?
 9      A    I'm confused as to -- could you repeat that
10 question, please?
11      Q    Sure.  Hold on just one second.  Let me just
12 ask you a different question.
13           Why were you buying a programmer that was
14 used to program smart cards?
15      A    I had purchased a wall safe or firebox, and
16 it required a smart card -- it came with a smart card
17 and a programmer.  It was used, and it wasn't working.
18      Q    When did you buy the wall safe?
19      A    The date, I don't recall.  I had purchased
20 it at a tag sale and had it for about a year or so.
21      Q    Where was this tag sale?
22      A    It was in North Branford.
23      Q    And how large was this wall safe?
24      A    I don't know the exact dimensions.  It was
25 about 12 inches high.  It was made to fit between
```

Brandon Smith Reporting Service