```
 1   conversation or something in writing?  You said you
 2   sent a request.
 3       A    It was an e-mail.
 4       Q    Okay.  What is your e-mail address?
 5       A    Now?
 6       Q    Yeah.  What is it now?
 7       A    Now it's oopy6@comcast.net.
 8       Q    Oopy6@ --
 9       A    -- comcast.net.
10       Q    Number 6 --
11       A    Yes.
12       Q    -- @comcast.net.
13            What was your e-mail address at the time
14   that you were making this request?
15       A    I don't recall.
16       Q    Do you have -- do you keep your e-mails?
17       A    No.  That's -- I've had different computers
18   since then.
19       Q    Okay.  So you have no way of showing me that
20   request that you're referring to?
21       A    No.
22       Q    Okay.  And you said that based on the
23   information that you had supplied to whomever it was
24   that you were speaking with at the company that you
25   were dealing with, they said that you needed a
```

DirectTV, Inc. vs Caron

12/4/2003

Mike Caron

Page 44

```
 1      Q    (By Mr. Gordon)  Did anybody else assist you
 2   in your efforts to use the programmer and the unlooper
 3   to try to get the safe working?
 4      A    No.
 5      Q    You did that all on your own?
 6      A    Yes.
 7      Q    What about your wife?  Did she help you at
 8   all?
 9      A    No.  My wife doesn't know computers.
10      Q    She doesn't --
11      A    She doesn't go anywhere near computers.
12      Q    Okay.  And the person that you spoke with --
13   and by the way, the company that you were dealing with
14   that was selling you this stuff, you don't recall the
15   name of that company?
16      A    No.
17      Q    And they told you that this unlooper and
18   programmer was going to work to reprogram the smart
19   card?
20      A    Yes.
21      Q    And what exactly were you required to do, or
22   what were you told to do in connection with how to use
23   the unlooper and the programmer to reprogram the card
24   for the safe?
25      A    I was told to put the card in, and it would
```

1   programming DirecTV cards, and was basically
2   threatening to sue me no matter what I did, and he
3   wanted a settlement.
4            And I told him that -- I'm sorry.  I --
5       Q    I'm listening to what you're about to say.
6       A    I'm sorry.  And it came out where I told him
7   I was trying to program a Dish Network card.  I never
8   explained to him what I was doing with the card.
9            And he basically told me that it didn't
10  matter to him what I was programming, and that a Dish
11  Network card, he could sue me for also.
12           And that's -- I asked him, "Are you trying
13  to tell me that you can sue me for Dish Network even
14  though you're representing DirecTV?"
15           And he said, "Yes."
16           And that was the end of the conversation.
17      Q    Okay.  Have you ever used the unlooper or
18  the programmer to try to -- for any purpose other than
19  decoding the smart card that had Dish Network or the
20  other cards that came with the safe in order to
21  reprogram those cards for use with the safe?
22      A    No.
23      Q    Is there anyone that could verify for me,
24  Mr. Caron, what you've said about your use of the
25  unlooper and the programmer?

```
 1      A      Probably not, not off the top of my head.
 2      Q      There's no one -- you mentioned this man
 3   Scott.
 4             Was there anyone else that was involved in
 5   this project with you?
 6      A      Scott wasn't really involved in the project.
 7   It was discussion --
 8      Q      He just gave you the card?
 9      A      Yes.
10      Q      Do you know where Scott is now?
11      A      No.  He left us a while ago, and I have no
12   idea where he's at.  I --
13      Q      Did you discuss -- I'm sorry.  I didn't mean
14   to interrupt you.
15      A      I haven't talked to him.
16      Q      Is there anyone that you discussed this
17   matter with other than your attorney?
18      A      No.
19      Q      How long ago did you get rid of the
20   programmer and the unlooper?
21      A      I don't recall.  I didn't do it all, like,
22   you know, one day after another.  It just -- the safe
23   went out with -- it was either in the spring or the
24   fall, well, because it was metal, and we have bulk
25   pickup on the side of the road.
```