

**ICG Inc.**
P.O. Box 3599
Princeton, NJ 08543
Phone: (609) 806-5000
Fax: (609) 806-5001
www.icginc.com
lxw@icginc.com

February 19, 2004

**SUBJECT: Forensic Procedure**

Dear Joe:

I am a Project Manager at the Internet Crimes Group, Inc. ("ICG"). I have been with ICG since November of 2002. Prior to joining ICG, I was a Senior Consultant at the Kimmel Group, a computer-consulting firm. During my tenure at ICG, I have lead numerous forensic projects involving intellectual property infringement, incident response, law enforcement seizures and fraud. I have also assisted in Internet investigations. I have been trained in computer forensics and am qualified as a Certified Computer Forensic Specialist.

ICG is a provider of Internet threat management solutions to Global 2500 corporations and leading law firms. ICG leverages a combination of proprietary technology and seven years of cyber crime analysis to provide integrated solutions that enable business and litigation leadership to identify, analyze and prosecute organizations and individuals that threaten the integrity of intellectual property rights.

ICG captured mirror image files for data contained on identified servers and/or media that were transferred to ICG. Chain of custody documentation has been maintained. The creation of bit stream mirror images contained in Encase evidence files does not in any way alter the original data. Using captured mirror image files, ICG is able to restore exact bit-to-bit images (exact copies) of data contained on original, subject hard disk drives to suitable media for examination. All forensic data analysis and extraction was performed using the described mirror image files. A more detailed description of the origin of the evidence follows:

**Pirateden:**

On June 26, 2003, Lacey Walker performed the capture of pirateden on-site, in Nanaimo, Canada. A total of three servers were forensically captured and a third party law firm in a court ordered escrow environment then secured the evidence files. This evidence was subsequently shipped to Lacey Walker from the escrow law firm in Canada, and delivered to Lacey Walker at ICG's Princeton, NJ office. This evidence has been controlled at the ICG evidence facility since that time.

# ICG Inc.

**InnerMatrix:**

A copy of the InnerMatrix website, on DVD format, was transferred to the custody of Paul Varjan by Mike Evans of DirecTV in Los Angeles, California on August 13, 2003. The evidence was then hand carried back to ICG's Princeton, NJ office where a forensic capture/duplication was performed and the media was then preserved. This evidence has been controlled at the ICG evidence facility since that time.

**Toronto Capture:**

On April 30, 2003, 15 servers were physically seized incident to civil proceedings from Canada Collocation Facility in Mississauga, Ontario. The storage media from these servers were removed locally and hand carried back to ICG's Princeton NJ evidence facility. The servers absent the storage media were shipped via Federal Express to ICG's Princeton office. Forensic acquisition and preservation of all storage media was accomplished at the ICG Forensic Laboratory in Princeton, NJ. This evidence has been controlled in the ICG Evidence Facility in Princeton, NJ since that time.

Working in accordance with your office, ICG developed a keyword list that would enable us to extract pertinent data stored in the mirror image files. ICG then conducted a keyword search across all data existing within the mirror image files. Keyword searches do not in any way alter a drive's content and may reveal evidence in drive data that has been marked for deletion, partially overwritten, or resident in unallocated drive space. Keyword searches enable ICG to determine the location of the files containing a positively identified keyword.

With the processes described above, ICG was able to provide you search results for your review. All the exports/artifacts were transformed into PDF format in order to maintain the integrity of the evidence.

*ICG strongly believes that the integrity of the information has been maintained at all time and accurately depicts the data as it was at the time of receipt from its origin.* Forensics investigations can establish only the presence and nature of tangible data on electronic media.


Sincerely,

*Lacey Walker Jr.*

Lacey Walker, Jr.
Project Manager