
DTV 5228474 (disc)
CT-0008

# DSS-STUFF.COM   PACKING SLIP

Invoice:      188
Date/Time    09/05/2000 21:20:08
FEDERAL EXPRESS SECOND DAY

---

**Ship to:** | **Sold To:**
---|---
MIKE CARON | MIKE CARON
52 BLUE JAY DRIVE | 52 BLUE JAY DRIVE
NORTHFORD CONNECTICUT   06472 | NORTHFORD CONNECTICUT   06472
UNITED STATES | UNITED STATES
 | MAJOR222@HOTMAIL.COM

---

| Description | Quantity |
|---|---|
| 005 TERMINATOR UNLOOPER "WITH CASE" / VECTOR NEXT GEN COMBO | 1 |

```
Invoice: 467       Track: 477290270924
Customer:          Mode: FedEx 2 Day
Dept:              Date: 09/06/2000
                   Weight:     1.00   Shipping:  7.05
                   COD:        0.00   Special:   0.00
                   DV:         0.00   Handling:  0.00
                                      Total:     7.33
```

**PLAINTIFF'S EXHIBIT**
Caron 1
10/4/03

---

Thank you for your business! We appreciate your support