

DEPOSITION EXHIBIT 4
9-11-02

166

41

EXHIBIT 4022

Dss-stuff.com    Case 3:03-cv-00007-RNC    Document 58-3    Filed 04/16/2004    Page 2 of 3    http://www.dss-stuff.com/unloopers.htm



1 of 2    EXHIBIT 4023

(not provided). Test software can be found at www.informeplace.com - HERE

4-3

EXHIBIT 4024