```
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2
    - - - - - - - - - - - - - - - - - - - -x
 3                                          :
    DIRECTV, INC., a California             :
 4  Corporation,                            :        COPY
                                            :
 5                  Plaintiff,              :
                                            :   Civil Action No.
 6       -vs-                               :   3:03CV0007(RNC)
                                            :
 7  MIKE CARON, et al.,                     :
                                            :
 8                  Defendants.             :
                                            :
 9  - - - - - - - - - - - - - - - - - - - -x
10
11
              VOLUME I - PAGES 1-62
12
13
14
              DEPOSITION OF:  MIKE CARON
15            DATE:  DECEMBER 4, 2003
              HELD AT:  SKELLEY, ROTTNER, P.C.
16            CORPORATE CENTER WEST, SUITE 305
              433 SOUTH MAIN STREET
17            WEST HARTFORD, CONNECTICUT
18
19
20
        Reporter:  JILL I. HUDON, RPR, LSR #00082
21            Brandon Smith Reporting Service
                   44 Capitol Avenue
22                 Hartford, CT 06106
                     (860) 549-1850
23
24
25
```

Page 34

```
 1                          (Plaintiff's Exhibit No. 1 was
 2                          marked for identification.)
 3
 4        Q    (By Mr. Gordon)  Let me show you something
 5   that I've marked as Exhibit 1, Mr. Caron, and ask you
 6   whether you've ever seen that document before.
 7        A    No, I haven't.
 8        Q    You didn't receive a packing slip in
 9   September of 2000 in connection with a package you
10   received from DSS-Stuff.com?
11        A    I may have, but it's nothing that I looked
12   at.
13        Q    Did you order something from DSS-Stuff.com
14   in September of 2000?
15        A    Yes.
16        Q    Okay.  And what did you order from DSS?
17        A    A programmer.
18             MR. QUAT:  Excuse me.  Could we get a
19   copy of that made so I can have one when --
20             MR. GORDON:  Sure, of course.  I'll do
21   that in just a few minutes, if that's okay.
22             MR. QUAT:  Sure.  Go ahead.
23        Q    (By Mr. Gordon)  And when you say "a
24   programmer," what is that?
25        A    It's a device used to program smart cards.
```

1    Q    And when you say "smart cards," what
2    specifically are you referring to?
3    A    A smart card, a plastic card with a computer
4    chip in it.
5    Q    Okay. And in September of 2000, you had the
6    smart card that was the access card for DirecTV?
7    A    No.
8    Q    You did not have that at that time?
9    A    I'm confused as to -- could you repeat that
10   question, please?
11   Q    Sure. Hold on just one second. Let me just
12   ask you a different question.
13        Why were you buying a programmer that was
14   used to program smart cards?
15   A    I had purchased a wall safe or firebox, and
16   it required a smart card -- it came with a smart card
17   and a programmer. It was used, and it wasn't working.
18   Q    When did you buy the wall safe?
19   A    The date, I don't recall. I had purchased
20   it at a tag sale and had it for about a year or so.
21   Q    Where was this tag sale?
22   A    It was in North Branford.
23   Q    And how large was this wall safe?
24   A    I don't know the exact dimensions. It was
25   about 12 inches high. It was made to fit between

1   conversation or something in writing?  You said you
2   sent a request.
3       A    It was an e-mail.
4       Q    Okay.  What is your e-mail address?
5       A    Now?
6       Q    Yeah.  What is it now?
7       A    Now it's oopy6@comcast.net.
8       Q    Oopy6@ --
9       A    -- comcast.net.
10      Q    Number 6 --
11      A    Yes.
12      Q    -- @comcast.net.
13           What was your e-mail address at the time
14  that you were making this request?
15      A    I don't recall.
16      Q    Do you have -- do you keep your e-mails?
17      A    No.  That's -- I've had different computers
18  since then.
19      Q    Okay.  So you have no way of showing me that
20  request that you're referring to?
21      A    No.
22      Q    Okay.  And you said that based on the
23  information that you had supplied to whomever it was
24  that you were speaking with at the company that you
25  were dealing with, they said that you needed a

12/4/2003      DirectTV, Inc. vs Caron      Mike Caron

Page 44

```
 1      Q    (By Mr. Gordon)  Did anybody else assist you
 2   in your efforts to use the programmer and the unlooper
 3   to try to get the safe working?
 4      A    No.
 5      Q    You did that all on your own?
 6      A    Yes.
 7      Q    What about your wife?  Did she help you at
 8   all?
 9      A    No.  My wife doesn't know computers.
10      Q    She doesn't --
11      A    She doesn't go anywhere near computers.
12      Q    Okay.  And the person that you spoke with --
13   and by the way, the company that you were dealing with
14   that was selling you this stuff, you don't recall the
15   name of that company?
16      A    No.
17      Q    And they told you that this unlooper and
18   programmer was going to work to reprogram the smart
19   card?
20      A    Yes.
21      Q    And what exactly were you required to do, or
22   what were you told to do in connection with how to use
23   the unlooper and the programmer to reprogram the card
24   for the safe?
25      A    I was told to put the card in, and it would
```

1  programming DirecTV cards, and was basically
2  threatening to sue me no matter what I did, and he
3  wanted a settlement.
4        And I told him that -- I'm sorry.  I --
5   Q   I'm listening to what you're about to say.
6   A   I'm sorry.  And it came out where I told him
7  I was trying to program a Dish Network card.  I never
8  explained to him what I was doing with the card.
9        And he basically told me that it didn't
10 matter to him what I was programming, and that a Dish
11 Network card, he could sue me for also.
12       And that's -- I asked him, "Are you trying
13 to tell me that you can sue me for Dish Network even
14 though you're representing DirecTV?"
15       And he said, "Yes."
16       And that was the end of the conversation.
17  Q  Okay.  Have you ever used the unlooper or
18 the programmer to try to -- for any purpose other than
19 decoding the smart card that had Dish Network or the
20 other cards that came with the safe in order to
21 reprogram those cards for use with the safe?
22  A  No.
23  Q  Is there anyone that could verify for me,
24 Mr. Caron, what you've said about your use of the
25 unlooper and the programmer?

```
 1       A     Probably not, not off the top of my head.
 2       Q     There's no one -- you mentioned this man
 3  Scott.
 4             Was there anyone else that was involved in
 5  this project with you?
 6       A     Scott wasn't really involved in the project.
 7  It was discussion --
 8       Q     He just gave you the card?
 9       A     Yes.
10       Q     Do you know where Scott is now?
11       A     No.  He left us a while ago, and I have no
12  idea where he's at.  I --
13       Q     Did you discuss -- I'm sorry.  I didn't mean
14  to interrupt you.
15       A     I haven't talked to him.
16       Q     Is there anyone that you discussed this
17  matter with other than your attorney?
18       A     No.
19       Q     How long ago did you get rid of the
20  programmer and the unlooper?
21       A     I don't recall.  I didn't do it all, like,
22  you know, one day after another.  It just -- the safe
23  went out with -- it was either in the spring or the
24  fall, well, because it was metal, and we have bulk
25  pickup on the side of the road.
```