

DTV 5228474 (disc)
CT-0008    (1)

# DSS-STUFF.COM PACKING SLIP

**Invoice:** 188
**Date/Time** 09/05/2000 21:20:08
FEDERAL EXPRESS SECOND DAY

| Ship to: | Sold To: |
|---|---|
| MIKE CARON | MIKE CARON |
| 52 BLUE JAY DRIVE | 52 BLUE JAY DRIVE |
| NORTHFORD | NORTHFORD |
| CONNECTICUT    06472 | CONNECTICUT    06472 |
| UNITED STATES | UNITED STATES |
| | MAJOR222@HOTMAIL.COM |

| Description | Quantity |
|---|---|
| 005 TERMINATOR UNLOOPER "WITH CASE" / VECTOR NEXT GEN COMBO | 1 |

```
Invoice: 467       Track: 477290270924
Customer:          Mode: FedEx 2 Day
Dept:              Date: 09/06/2000
                   Weight:            Shipping:    7.05
                   COD:        1.00   Special:     0.00
                   DV:         0.00   Handling:    0.00
                               0.00   Total:       7.33
```

**PLAINTIFF'S EXHIBIT**

Caron    1
10/4/03  jih.

Thank you for your business! We appreciate your support

FP019865