IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

V.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

**PLAINTIFF'S RESPONSES TO FIRST SET OF INTERROGATORIES
OF DEFENDANT, MIKE CARON**

TO:    MIKE CARON, by and through his attorney, Kenneth D. Quat, 132 Great Road, Suite 200, Stow, MA 01775

NOW COMES Plaintiff, DIRECTV, Inc. ("DIRECTV"), by and through its attorneys and, pursuant to Federal Rules of Civil Procedure, files this, its Objections, Answers, and Responses to Defendant, Mike Caron's, First Set of Interrogatories:

### III. OBJECTIONS & RESPONSES TO SPECIFIC INTERROGATORIES

**INTERROGATORY NO. 1:** State the name, residential address, business address, and official position of the person answering these interrogatories and each person who provided information or otherwise assisted in answering these interrogatories.

**OBJECTION:** DIRECTV objects to this request as it seeks information which is not reasonably calculated to lead to the discovery of admissible evidence given the allegations in this case.

**RESPONSE:** Subject to and without waiving the foregoing objection:

> James E. Wells
> Office of Signal Integrity
> DIRECTV, Inc.
> c/o Mathew D. Gordon, Esquire
> Skelley Rottner, P.C.
> P. O. Box 340890
> Hartford, Connecticut 06134-0890

**INTERROGATORY NO. 2:** State the full name, and present business and residence addresses and telephone numbers of each individual known by you or your attorneys to possess knowledge of the facts relating to the allegations in the Complaint, and state the subject matter and brief summary of the matters on which he or she has knowledge.

**OBJECTION:** DIRECTV objects to this interrogatory as it seeks to invade the attorney-client, work product and consulting expert privileges.

**RESPONSE:** Subject to and without waiving the foregoing objections:

Scott McNeal
McNeal Investigations
30011 Ivy Glenn, Suite 114
Laguna Niguel, CA 92677

Defendant McNeal has knowledge regarding his investigations of the distribution center and dealers of the satellite signal theft devices purchased and used by the defendant in this action.

James E. Wells
Office of Signal Integrity
DIRECTV, Inc.
c/o Mathew D. Gordon, Esquire
Skelley Rottner, P.C.
P. O. Box 340890
Hartford, Connecticut 06134-0890

Mr. Wells has knowledge regarding DIRECTV, piracy of DIRECTV's encrypted satellite signals, and harm to DIRECTV caused by satellite piracy.

Scott Madvig
c/o Kevin Hizon, Law Offices of Curtis C. Chen & Assoc.
7777 Center Ave., Suite 560
Huntington Beach, CA 92647

Mr. Madvig has knowledge regarding the distribution of satellite signal theft devices to the defendant in this action;

Bruce Turner
c/o Karl Huish
Huish, Campbell
4647 N. 32nd Street, Suite 201
Phoenix, AZ 85018

Mr. Turner has knowledge regarding the sale of the satellite signal theft devices to the defendant in this action and to the design and intent of the devices;



# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF CONNECTICUT

DIRECTV, Inc.,

    Plaintiff,

v.

MIKE CARON, CHIP FALCONE, MIKE
IASEVOLI, MICHAEL MASTRO, Jr.,
HECTOR MONTALVO and GEORGE
MORGAN

    Defendants.

CIVIL ACTION
NO. 3:03 CV 0007 (RNC)

## PLAINTIFF'S INITIAL DISCLOSURES

Now comes DIRECTV, Inc. ("DIRECTV"), plaintiff in the above-styled action, and provides the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, as follows:

(A) Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, DIRECTV discloses the name and, if known, the address and telephone number of each person likely to have information that bears significantly on any claim or defense, identifying the subjects of the information, and a brief, fair summary of the substance of the information known by the person:

**See Attachment A regarding Fulfillment Plus information.**

## ATTACHMENT A

The following individuals and entities have knowledge concerning the design, distribution and use of pirate access devices, creation of Fulfillment Plus business records and, creation of and investigation into documents related to items purchased by defendants. These entities or individuals include, but are not limited to, the following:

Scott Madvig
c/o Kevin Hizon, Law Offices of Curtis C. Chen & Assoc.
7777 Center Ave., Suite 560
Huntington Beach, CA 92647

Bruce Turner
c/o Karl Huish
Huish, Campbell
4647 N. 32nd Street, Suite 201
Phoenix, AZ 85018

Scott McNeal
McNeal Investigations
30011 Ivy Glenn, Suite 114
Laguna Niguel, CA 92677

Steven P. Hutt
c/o Charles Wagman
Wagman Sherkin
756A Queen Street East, Suite 200
Toronto, Ontario, M4M 1H4

James E. Wells
DIRECTV, Inc.
c/o Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200