UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIRECTV, INC., a California )
corporation, )
 )
      Plaintiff, )
 )
  vs. ) No. CV 02-5193 PA (RCx)
 )
DEREK E. TRONE, d/b/a )
WHITEVIPER TECHNOLOGIES; et al.,)
 )
      Defendants. )
_____)

DEPOSITION OF SCOTT K. MADVIG

Huntington Beach, California

Friday, August 9, 2002

Reported by:
LINDA A. BANKEY
CSR No. 7993
Job No. 868437

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3

4

5   DIRECTV, INC., a California    )
    corporation,                    )
6                                   )
            Plaintiff,              )
7                                   )
        vs.                         ) No. CV 02-5193 PA (RCx)
8                                   )
    DEREK E. TRONE, d/b/a           )
9   WHITEVIPER TECHNOLOGIES; et al.,)
                                    )
10          Defendants.             )
                                    )
11  _____

12

13

14

15         Deposition of SCOTT K. MADVIG,

16     taken on behalf of Plaintiff, at

17     7777 Center Avenue, Suite 560,

18     Huntington Beach, California,

19     beginning at 10:07 a.m. and ending at

20     1:12 p.m. on Friday, August 9, 2002,

21     before LINDA A. BANKEY, Certified

22     Shorthand Reporter No. 7993.

23

24

25

15

| | | | |
|---|---|---|---|
| 10:18 | 1 | Q | As you sit here today, do you know what it was he was selling? |
| | 3 | A | Yes. Yes. |
| | 4 | Q | And what was that? |
| 10:18 | 5 | A | An ISO 7816 smart card program. |
| | 6 | Q | How large was your business with Whiteviper when you brought it from Hooven to your own company? |
| | 8 | A | Large as in -- in dollar amounts? |
| | 9 | Q | Both -- yeah. |
| 10:18 | 10 | A | It was relatively small. His first couple of months dealing with me was approximately $1,000 to $1,200 a month I billed him in services. Volumewise we were probably estimating anywhere from 15 to 25 pieces or -- or orders per day. |
| 10:19 | 15 | Q | How were you billing Mr. Trone? Specifically what -- what were you charging him per device? |
| | 17 | A | I believe I was charging him $1.50 per order. |
| | 18 | Q | What was the name of your company? |
| | 19 | A | Fulfillment Plus. |
| 10:19 | 20 | Q | Did Mr. Trone's business with you increase after you -- at some point after you started Fulfillment Plus? |
| | 23 | A | The volume he was shipping did increase. |
| | 24 | Q | Did the line of product change at any time that |
| 10:20 | 25 | | he was shipping? |

| | | |
|---|---|---|
| 10:56 | 1 | beginning, I was handwriting out FedEx air bills as well |
| | 2 | as putting them through the Whiteviper computer that was |
| | 3 | at my facility -- the FedEx computer. |
| | 4 | Q    And why were you handwriting some out for -- |
| 10:56 | 5 | A    Well, that would have been when -- when Rick |
| | 6 | objected to us using that computer, and before I was |
| | 7 | able to get another computer in from FedEx, we had to |
| | 8 | handwrite bills. |
| | 9 | Q    Do you recall what Rick's objection was to the |
| 10:56 | 10 | use -- |
| | 11 | A    An accounting nightmare. |
| | 12 | Q    And how long was it -- how long was it that you |
| | 13 | handwrote the FedEx slips? |
| | 14 | A    I can't recall. |
| 10:56 | 15 | Q    But at some point, you did start using your |
| | 16 | computer program for DSS-Stuff; is that right? |
| | 17 | A    That is correct. |
| | 18 | (Plaintiff's Exhibit 27 was marked for |
| | 19 | identification by the court reporter.) |
| | 20 | BY MR. FREEMAN: |
| | 21 | Q    I'm showing you what I have marked for purposes |
| | 22 | of identification as Exhibit No. 27. |
| | 23 | Do you recognize that? |
| | 24 | A    Yes. |
| 10:57 | 25 | Q    And what do you recognize that to be? |

44

```
11:01    1    list indicates what to you?
         2         A    What was sent to us and from who and for who.
         3         Q    Okay.  And who sent something to you on this
         4    packing list?
11:01    5         A    American Precision Electronics Incorporated.
         6         Q    And that was sent to your Fulfillment Plus
         7    location?
         8         A    That is correct.
         9         Q    And that's true on both Exhibit 28 and 29?
11:01   10         A    Yes.
        11         Q    And on behalf of whom was the product sent to
        12    you?
        13         A    DSS-Stuff.
        14         Q    And that is the company owned by Art Deerey?
11:01   15         A    Correct.
        16         Q    Can you tell me what was shipped to you from
        17    American Precision on behalf of Art Deerey on those two
        18    packing slips?
        19         A    Terminator T-5.
11:02   20         Q    And is that the same device that's depicted in
        21    Exhibit No. 27?
        22         A    Yes.
        23              MR. HIZON:  I'm sorry.  27?
        24              MR. FREEMAN:  The picture.
11:02   25              MR. HIZON:  Oh, okay.
```

48

| | | | |
|---|---|---|---|
| 11:06 | 1 | Q | And do you recall who had them delivered? |
| | 2 | A | By memory, no, I could not tell you who sent |
| | 3 | them. | |
| | 4 | Q | And the emulator that's depicted in |
| 11:07 | 5 | Exhibit No. 30 -- do you recall how you would receive | |
| | 6 | those emulators at your Fulfillment Plus location? | |
| | 7 | A | In the same fashion delivered via some |
| | 8 | courier -- some type of courier, whether FedEx or | |
| | 9 | U.P.S. | |
| 11:07 | 10 | Q | And do you recall who had them shipped to you? |
| | 11 | A | No. |
| | 12 | | (Plaintiff's Exhibits 32, 33 and 34 were marked |
| | 13 | | for identification by the court reporter.) |
| | 14 | BY MR. FREEMAN: | |
| 11:08 | 15 | Q | I'm now showing you what I have marked for |
| | 16 | purposes of identification as Exhibit No. 32. | |
| | 17 | | Can you describe that document? |
| | 18 | A | It is a packing list. |
| | 19 | Q | And that packing -- can you tell me what that |
| 11:08 | 20 | packing list depicts? | |
| | 21 | A | It depicts Precision -- American Precision |
| | 22 | Electronics shipping to Fulfillment Plus on behalf of | |
| | 23 | DSS-Stuff sending a power boot loader -- power boot | |
| | 24 | loaders. | |
| 11:08 | 25 | Q | And I'm showing you what I have marked as -- |

49

| | | |
|---|---|---|
| 11:08 | 1 | for purposes of identification Exhibit No. 33. |
| | 2 | Can you describe that document? |
| | 3 | A   It's a packing list, the product being sent by |
| | 4 | American Precision Electronics Incorporated on behalf of |
| 11:09 | 5 | DSS-Stuff to Fulfillment Plus of Terminator boot |
| | 6 | loaders. |
| | 7 | Q   And I'm showing you what I have marked for |
| | 8 | purposes of identification Exhibit No. 34. |
| | 9 | Can you describe that document? |
| 11:09 | 10 | A   It's a packing list from American Precision |
| | 11 | Electronics Incorporated sent in behalf of DSS-Stuff, |
| | 12 | sent to Fulfillment Plus, Terminator emulators. |
| | 13 | Q   I previously asked you whether or not you knew |
| | 14 | how the items depicted in Exhibits No. 30 and 31, |
| 11:09 | 15 | specifically the two boot loaders and the emulator -- |
| | 16 | how those items arrived at your Fulfillment Plus |
| | 17 | location. |
| | 18 | Do you have a different recollection now of how |
| | 19 | those items ended up at your Fulfillment Plus location? |
| 11:10 | 20 | A   Yes. |
| | 21 | Q   And what's your recollection now? |
| | 22 | A   That they came from American Precision |
| | 23 | Electronics Incorporated. |
| | 24 | Q   Thank you. |
| 11:10 | 25 | Have you heard of a company "DSS-Hangout"? |