

DTV 5228474 (disc)
CT-0008                    ①

# DSS-STUFF.COM   PACKING SLIP

**Invoice:**     188
**Date/Time**   09/05/2000 21:20:08
FEDERAL EXPRESS SECOND DAY

| Ship to: | Sold To: |
|---|---|
| **MIKE CARON** | **MIKE CARON** |
| **52 BLUE JAY DRIVE** | **52 BLUE JAY DRIVE** |
| **NORTHFORD CONNECTICUT** 06472 **UNITED STATES** | **NORTHFORD CONNECTICUT** 06472 **UNITED STATES** MAJOR222@HOTMAIL.COM |

| Description | Quantity |
|---|---|
| 005 TERMINATOR UNLOOPER "WITH CASE" / VECTOR NEXT GEN COMBO | 1 |

```
                      Track: 477290270924
                      Mode: FedEx 2 Day
   Invoice: 467       Date: 09/06/2000
   Customer:          Weight:   1.00   Shipping:    7.05
   Dept:              COD:      0.00   Special:     0.00
                      DV:       0.00   Handling:    0.00
                                       Total:       7.33
```



PLAINTIFF'S
EXHIBIT
Caron 1
13/4/03 J.H.

Thank you for your business! We appreciate your support

FP019865