UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 3:03CV0007-RNC |
| | ) | |
| MIKE CARON et al., | ) | |
| | ) | |
| Defendant | ) | |

## AFFIDAVIT OF KENNETH D. QUAT, ESQUIRE

I, Kenneth D. Quat, Esquire, hereby depose and state on oath:

1. I am the attorney of record for the defendant, Mike Caron, in this action. I make this affidavit on personal knowledge.

2. Since early 2003 I have been retained by approximately 30 individuals to defend federal lawsuits brought against them by DirecTV for engaging in "satellite piracy." The cases I have handled were filed in the districts of Connecticut, Massachusetts, New Hampshire, Vermont, and Rhode Island. In at least half of these cases, DirecTV's Rule 26(a) mandatory disclosures have named James F. Whalen as a person who may provide expert testimony on its behalf. True copies of two such disclosures are appended hereto.

Signed and sworn to under the pains and penalties of perjury.

_____
Kenneth D. Quat

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.

 Then personally appeared before me Kenneth D. Quat, an individual personally known to me, and made oath that the matters contained in the foregoing affidavit are true and correct and that he signed same as his free act and deed.

              _____
              Notary Public
              M.C.E.

              Dated: April 27, 2004