UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 3:03CV0007-RNC |
| | ) | |
| | ) | |
| MIKE CARON et al., | ) | |
| | ) | |
| Defendant | ) | |

## NOTIFICATION OF ADDITIONAL AUTHORITIES IN SUPPORT OF DEFENDANT MIKE CARON'S MOTION FOR SUMMARY JUDGMENT

Defendant Mike Caron hereby notifies the Court of the following two opinions bearing

on issues raised in his motion for summary judgment, which opinions were issued and/or

made known to defendant's counsel subsequent to the filing of defendant's reply brief:

(i)  *DirecTV v. Garnett,* C.A. No. C-03-346 (S.D.Tex., Feb. 26, 2004); (ii)  *DirecTV, Inc.*

*v. Mosier,* C.A. No. 1:03-CV-307 (E.D. Tex., April 19, 2004).   True copies of said

opinions are attached hereto as Exhibits A and B, respectively.


Respectfully submitted:


_____

Kenneth D. Quat
9 Damonmill Squre, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT #24512

Connecticut address pursuant to Local Rule 83.1(c):

> Mirto, Ketaineck, Barrett & DiCrosta, P.C.
> P.O. Box 428
> West Haven CT 06516

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Matthew D. Gordon, Esq., Skelley Rottner, P.C., P.O. Box 340890, Hartford CT 06134.

_____

Dated: