UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action 3:03CV0007-RNC |
| | ) |
| | ) |
| MIKE CARON, et al. | ) |
| | ) |
| Defendant | ) |

**SECOND NOTIFICATION OF ADDITIONAL AUTHORITIES IN SUPPORT OF DEFENDANT MIKE CARON'S MOTION FOR SUMMARY JUDGMENT**

Defendant Mike Caron hereby notifies the Court of the following decisions bearing on issues raised in his motion for summary judgment, which decisions were issued subsequent to the filing of defendant's reply brief:

1. *DirecTV v. Luther,* Case No. 4:03CV201 (E.D. Tex.,. June 17, 2004);

2. *DirecTV v. Treworgy,* 2004WL1317849 (11th Cir., June 15, 2004).

A true copy of the *Luther* decision is attached hereto as Exhibit A.

Respectfully submitted:

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT #24512

Connecticut address pursuant to Local Rule 83.1(c):

>Mirto, Ketaineck, Barrett & DiCrosta, P.C.
>P.O. Box 428
>West Haven CT 06516

Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Matthew D. Gordon, Esq., Skelley Rottner P.C., P.O. Box 340890, Hartford CT 06134-0890.

_____

Dated: