

**SKELLEY ROTTNER** P.C.

**DIRECTV, Inc.,**

    **Plaintiff**

V.

    **CIVIL ACTION**
    **NO. E:03 CV 0007 (RNC)**

**MIKE CARON, CHIP FALCONE, MIKE IASEVOLI, MICHAEL MASTRO, JR., HECTOR MONTALVO and GEORGE MORGAN**

FILED 2004 SEP 28 P 4: 59

## MILITARY SERVICE AFFIDAVIT

I, Wendy F. Madsen, being duly sworn and deposed, hereby state that:

1. I am over the age of 18 years and I believe in the obligations of an oath.

2. I have personal knowledge of the facts contained in this affidavit.

3. I am a Legal Assistant at the law firm of Skelley Rottner P.C.

4. On or about September 28, 2004 I accessed the Soldier and Sailor Civil Relief Act web site of the Department of Defense Manpower Data Center, requesting verification of status of military service for Eugene Falcone, SSN # 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, defendant in the above referenced matter.

5. On September 28, 2004 I printed the attached Military Status Report verifying that Eugene Falcone is not in the military service.

Further, affiant sayeth not.

                           AFFIANT,

                           _/s/ Wendy F. Madsen_
                           Wendy F. Madsen

Subscribed and sworn to, before me, this 28th day of September, 2004.

_____
Commissioner of the Court
SR/223439

Department of Defense Manpower Data Center           SEP-28-2004 06:31:59



Military Status Report
Pursuant to the Servicemen's Civil Relief Act of 2003

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| FALCONE | EUGENE | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*Robert J Brandewie* (signature)

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please fax your response to 703-696-4156 or call 703-696-6762 and further research will be done. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

https://www.dmdc.osd.mil/udpdri/owa/sscra.prc_Select                                      9/28/04