03cv17-RNK
Directv v. Caron

State of Connecticut

    City of: **Waterbury**                   August 30, 2004

County of New Haven

    Then and there by virtue hereof and at the special direction of the Attorney, I made a due and legal service upon the within named Defendant: **Chip Falcone** by leaving at his usual place of abode at **1097 Hamilton Avenue, Waterbury, Connecticut**, a true and attested copy of the within E-Mail notice from Court re: Hearing date & Memorandum Of Law On Hearing In Damages As To Defendant Chip Falcone, with my endorsement thereon.

    The within and foregoing is the E-Mail notice from Court re: Hearing date & Memorandum Of Law On Hearing In Damages As To The Defendant Chip Falcone, with my doings endorsed hereon.

| | |
|---|---|
| Services: | $ 30.00 |
| Copies: | 31.00 |
| Travel: | 3.75 |
| Endorsements: | .80 |
| Total: | $65.55 |

Attest:

Domenic Jannetty
State Marshal

FILED 2004 SEP 28 P 5:00 US DISTRICT COURT HARTFORD CT