UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT -6  A 10: 24
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff | ) |
| v. | ) Civil Action 3:03CV0007-RNC |
| MIKE CARON et al., | ) |
| Defendant | ) |

### DEFENDANT'S MOTION FOR RECONSIDERATION

Defendant Mike Caron hereby moves that this Honorable Court reconsider its order dated September 27, 2004 denying defendant's motion for summary judgment as to Counts One, Two, and Four of the Complaint.

### Argument

### THERE IS NO EVIDENCE IN THE RECORD THAT ANY OF THE SUBJECT DEVICES WERE "PIRATING DEVICES" OR OTHERWISE UNLAWFUL; PLAINTIFF'S MOTION SHOULD THEREFORE HAVE BEEN GRANTED IN ITS ENTIRETY.

In its order, the Court stated the following with respect to its denial of summary

---

October 8, 2004.   DirecTV v. Caron
                   3:03CV0007 (RNC)

Re: Defendant's Motion for Reconsideration (doc. #74)

Granted. Upon reconsideration, the Court adheres to its original decision. So ordered.

Robert N. Chatigny  U.S.D.J.

FILED 2004 OCT 12 A 8:  U.S. DISTRICT COURT HARTFORD, CT.