UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
:
DIRECTV, INC.,                                              :
                                                            :
    Plaintiffs,                                     :
                                                            :
v.                                                          :   Civil No. 3:03CV0007 (RNC)
                                                            :
MIKE CARON ET. AL.,                                         :
    Defendants                                      :
                                                            :
---------------------------------------------------------------x   MAY 19, 2005

### NOTICE OF VOLUNTRAY DISMISSAL PURSUANT TO RULE 41 AS TO DEFENDANT MICHAEL MASTRO ONLY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiff, DIRECT TV, Inc., hereby certifies that the foregoing action should be dismissed against defendant **MICHAEL MASTRO** only.

                                              PLAINTIFF,
                                              Direct TV, Inc.

                                          /s/ Matthew Dallas Gordon
                        By:_____
                             Matthew Dallas Gordon
                             Fed. Bar. No. CT 02355
                             Matthew Dallas Gordon LLC
                             406 Farmington Avenue
                             Tel. 860-676-7756
                                   Fax 860-676-7704
                             mattgordon@mdgordonlaw.com

2

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following pro se party of record on May 19, 2005:

Michael K. Mastro, Jr.
355 Hooker Road
Bridgeport, CT 06610

                                                     /s/ Matthew Dallas Gordon
                                            _____
                                            Matthew Dallas Gordon