**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 MAY 23 A 10: 24
DISTRICT COURT
HARTFORD, CT

------------------------------------------------------------x
DIRECTV, INC.,

    Plaintiffs,

v.                                                                   Civil No. 3:03CV0007 (RNC)

MIKE CARON ET. AL.,
    Defendants

------------------------------------------------------------x       MAY 19, 2005

### NOTICE OF VOLUNTRAY DISMISSAL PURSUANT TO RULE 41 AS TO DEFENDANT MICHAEL MASTRO ONLY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiff, DIRECT TV, Inc., hereby certifies that the foregoing action should be dismissed against defendant **MICHAEL MASTRO** only.

May 24, 2005. Approved. So ordered.
Robert N. Chatigny, U.S.D.J.

PLAINTIFF,
Direct TV, Inc.

/s/ Matthew Dallas Gordon
By:_____
Matthew Dallas Gordon
Fed. Bar. No. CT 02355
Matthew Dallas Gordon LLC
406 Farmington Avenue
Tel. 860-676-7756
    Fax 860-676-7704
mattgordon@mdgordonlaw.com

1