**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-----------------------------------------------------------x
:
DIRECTV, INC., :
:
    Plaintiffs, :
:
v. : Civil No. 3:03CV0007 (RNC)
:
MIKE CARON ET. AL., :
    Defendants :
:
-----------------------------------------------------------x    MAY 6, 2005


**STIPULATION OF DISMISSAL**

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties stipulate that the foregoing action should be dismissed as to Mike Caron, without costs or counsel fees to any party, all parties waiving rights of appeal.


DEFENDANT,
Mike Caron

_____
Kenneth D. Quat
Fed. Bar No. CT 24512
9 Damonmill Square, Suite 4A-4
Concord, Massachusetts 01742
Tel. 978-369-0848
Fax 978-371-2296

PLAINTIFF,
Direct TV, Inc.

_____
Matthew Dallas Gordon
Fed. Bar. No. CT 02355
Matthew Dallas Gordon LLC
406 Farmington Avenue
Farmington, CT 06032
Tel. 860-676-7756
Fax 860-676-7704