

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, INC.,

    Plaintiff,

v.                             CASE NO. 3:03CV0007 (RNC)

MIKE CARON, ET AL.,

    Defendants.

**RECOMMENDED RULING AFTER HEARING ON DAMAGES**

**I. PROCEDURAL HISTORY**

The plaintiff commenced this action on January 2, 2003 against numerous defendants, including Chip Falcone, alleging that the defendants unlawfully intercepted plaintiff's protected satellite communications, allowing for the illegal free viewing of television programming. The plaintiff seeks injunctive relief and damages pursuant to 47 U.S.C. § 605 and 18 U.S.C. §§ 2511 and 2512.

On January 27, 2003, the complaint and summons were personally served upon the defendant Chip Falcone. (Doc. #3.) Falcone failed to file an appearance and did not respond to the complaint. On June 4, 2003, following a motion by the plaintiff under Fed. R. Civ. P. 55(b), the court (Chatigny, C.J.) entered judgment of default against Falcone as to liability only. On June 4, 2003, the matter was referred to this magistrate judge for a determination of damages and attorneys' fees. (Doc. #18.)

The following is the court's recommended ruling regarding

*October 25, 2005. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered.*

*Robert N. Chatigny/U.S./D.J.*

03cv7rcmdrul