UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTTV, INC. : | |
| : | |
| v. : | CASE NO. 3:03CV0007 (RNC) |
| : | |
| MIKE CARON, CHIP FALCONE, MIKE : | |
| IASEVOLI, MICHAEL MASTRO, JR., : | |
| HECTOR MONTALVO and : | |
| GEORGE MORGAN : | |

## FINAL JUDGMENT

The defendant, Chip Falcone, having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiff's motion for default judgment as to liability only on June 4, 2003 as to the defendant, Chip Falcone only, and this matter having been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages; and

The Honorable Donna F. Martinez, United States Magistrate Judge, having conducted a hearing on September 28, 2004, and having considered the full record of the case including applicable principles of law, and having issued a Recommended Ruling awarding damages and injunctive relief, and the Honorable Robert N. Chatigny, United States District Judge having approved and adopted the Recommended Ruling on October 25, 2005; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff and against the defendant, Chip Falcone only, for damages in the total amount of $3,561.35 ($2,500.00 in statutory damages, $954.90 in attorneys' fees, and $106.45 in costs.); and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff permanently enjoining the defendant, Chip Falcone, his servants, agents, employees, successors and assigns and those persons in active concert or participation with any of them, from (a) possessing illegal access cards or other illegal devices or equipment, (b) interfering with plaintiff's proprietary rights, (c) intercepting, receiving, divulging, or displaying plaintiff's Satellite Programming without prior written consent of plaintiff, and (d) acting in further violation of those statutes described in the recommended ruling with regard to plaintiff.

Dated at Hartford, Connecticut, this 26th day of October, 2005.

KEVIN F. ROWE, Clerk

By   /s/  _____
     Jo-Ann Walker
     Deputy Clerk

EOD _____